UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL INSURANCE )
COMPANY,                         )
                                 )
            Plaintiff,           )
                                 )
                                 )
v.                               )  CIVIL ACTION NO.
                                 )
BEE TRUCKING, INC., EAGLE CAPITAL )
CORPORATION, FLEETMASTER EXPRESS INC., )
LL TRANSPORT, INC., MILLER FREIGHTLINES, )
LLC, NORTHLAND TRUCKING, INC., PACKARD )
TRANSPORT, INC., TDM EXPRESS, INC., )
TAYLOR TRUCK LINE, INC., WRIGHT )
TRANSPORTATION, INC., REPUBLIC EXPRESS, INC.,)
BCT, INC., DYNAMIC TRANSIT, INC., LOAD MAX )
CARRIER, INC., MR. P EXPRESS, INC., NG DANIELS )
INC., HUMMER TRUCKING CORP., JNS DANIELS )
TRUCKING, INC., ALLIANCE EXPRESS, INC., )
SEVEN OAKS CAPITOL CORPORATION, MECCA & )
SONS TRUCKING COMPANY, INC., SANGER )
TRUCKING, CORNHUSKER MOTOR LINES, HEPLER )
TRANSPORT, EJA TRUCKING, INC., MC FREIGHT, )
THE WALKER COMPANIES, LLC, UTS )
TRANSPORTATION SERVICES, INC., UNIVERSAL )
AM-CAN LTD., EVERHART TRANSPORTATION, )
INC., PAYNE, INC., LASER EXPEDITED )
TRANSPORTATION, INC., PATTERSON FREIGHT )
SYSTEMS, INC., QUALITY SERVICES, LLC., )
PATONY TRUCKING, INC., EQUITY )
TRANSPORTATION COMPANY, INC., LONGHORN )
TRANSPORTATION SERVICES, INC., KEM EXPRESS,)
INC., JET TRANSPORTATION SERVICES, )
HARRY E. HILLS & ASSOCIATES, INC., A&W TRUX, )
INC., HARCHELROAD TRUCKING CO., MERCURY )
CARTAGE, LLC, YOUR TOWN TRANSPORT, INC. )
INC., LIBERTY EXPRESS, INC., AMSTAN LOGISTICS,)
INC., ALL PRO FREIGHT SYSTEMS, INC., WARREN )
C.SAUERS, INC., PANTHER, ALL FREIGHT )
SOLUTIONS CORP., and MOTOR SERVICE, INC., )
                                 )
                                 )
            Defendants.          )
                                 )

## NATIONAL GRANGE MUTUAL INSURANCE COMPANY'S
## MOTION FOR LEAVE TO DEPOSIT FUNDS
## INTO THE REGISTRY OF THE COURT

The plaintiff, National Grange Mutual Insurance Company ("National Grange"), by and through its attorneys, respectfully moves the Court, pursuant to 28 U.S.C. §1335(a)(2), Rule 67 of the Federal Rules of Civil Procedure and Local Rule 67.2(a) (D. Mass.), for an order permitting it to deposit the sum of $10,000.00 into the registry of the Court. In support hereof, National Grange states as follows:

1.      Contemporaneously with the filing of this Motion, and by the Complaint filed by National Grange in this action, National Grange initiated an action for interpleader as to the rights of certain persons and entities to the sum of $10,000.00, which sum is the bond penalty under a property broker's surety bond under 49 U.S.C. §13906.

2.      As a condition of proceeding with interpleader, 28 U.S.C. §1335(a)(2) requires that the sum in dispute be deposited into the registry of the Court.

3.      Submitted herewith is a check in the amount of $10,000.00, payable to Clerk - United States District Court, representing the sum sought to be deposited.

4.      The sum sought to be deposited represents the penal amount of the bond at issue in this case and is, therefore, the proper amount to be deposited with the Court for the purposes described above.

5.      A proposed order is attached hereto as Exhibit A.

WHEREFORE, National Grange respectfully requests that the Court enter an Order permitting National Grange to deposit the sum of $10,000.00 into the registry of the Court, and that the Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

NATIONAL GRANGE MUTUAL INSURANCE
COMPANY,

By its attorneys,

Bradford R. Carver, BBO No. 565396
Eric H. Loeffler, BBO No. 641289
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500

Dated: April 5, 2004

323255-1035-0030

3