04CV10698-WGY

## ORDER PERMITTING DEPOSIT OF FUNDS INTO THE REGISTRY OF THE COURT

This matter is before the Court on the Motion of plaintiff, National Grange Mutual Insurance Company ("National Grange"), pursuant to 28 U.S.C. §1335(a)(2), Rule 67 of the Federal Rules of Civil Procedure, and Local Rule 67.2 (a) (D. Mass.), for leave to deposit the sum of $10,000.00 into the registry of the Court. Contemporaneously with the filing of its Motion, National Grange filed a Complaint for interpleader in this action.

IT APPEARING TO THE COURT that the Motion is well taken, and that there is good cause to permit the deposit.

IT FURTHER APPEARING TO THE COURT that in connection with the Motion, National Grange has presented a check in the amount of $10,000.00, made payable to the Clerk - United States District Court, as a deposit of funds involved in the interpleader action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

National Grange's Motion for Leave is GRANTED, and the Clerk shall accept for deposit National Grange's check in the amount of $10,000.00 tendered with the Motion and deposit it into the registry of the Court.

The funds so deposited are ordered subject to the ultimate disposition of the Court in this action; and

National Grange shall serve a copy of this Order on the defendants herein with service of the complaint in the instant action.

Dated April 7, 2004

United States District Judge

323260-1035-0030