UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Company, ) Case No.: 04 10698 WGY
) 
**PLAINTIFF,** ) Honorable Judge William G. Young
)
vs. ) **Withdraw of Claim**

Bee Trucking Inc., ET AL.,

**DEFENDANT**

## MOTION TO WITHDRAW CLAIM

**NOW**, to-wit, this 19th day of April 2004, comes the Defendant, UNIVERSAL AM-CAN, LTD., by and through counsel, REBECCA C. PAYNE, and respectfully requests this Court to grant Defendant's motion to withdraw their claim in the above-captioned case. In support thereof, the defendant states that Traffic Logistics dba Act Broker Services, satisfied its' debt in November 2003, thereby dissolving Universal's need for a claim.

**WHEREFORE**, the defendant respectfully requests that the Honorable Court grant Universal's Motion to Withdraw Claim in the above-captioned matter.

Dated this 19th day of April, 2004

Universal Am-Can, Ltd.

By: *Rebecca Payne*
Rebecca C. Payne, Esq.
In-House Counsel
11355 Stephens Road
Warren, Michigan 48089
586-920-0202