UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BEE TRUCKING, INC., EAGLE CAPITAL CORPORATION, FLEETMASTER EXPRESS INC., LL TRANSPORT, INC., MILLER FREIGHTLINES, LLC, NORTHLAND TRUCKING, INC., PACKARD TRANSPORT, INC., TDM EXPRESS, INC.,  TAYLOR TRUCK LINE, INC., WRIGHT TRANSPORTATION, INC., REPUBLIC EXPRESS, INC., BCT, INC., DYNAMIC TRANSIT, INC., LOAD MAX CARRIER, INC., MR. P EXPRESS, INC., NG EXPRESS, INC., HUMMER TRUCKING CORP., JNS DANIELS TRUCKING, INC., ALLIANCE EXPRESS, INC., SEVEN OAKS CAPITOL CORPORATION, MECCA & SONS TRUCKING COMPANY, INC., SANGER TRUCKING, CORNHUSKER MOTOR LINES, HEPLER TRANSPORT, EJA TRUCKING, INC., MC FREIGHT, THE WALKER COMPANIES, LLC, UTS TRANSPORTATION SERVICES, INC., UNIVERSAL AM-CAN LTD., EVERHART TRANSPORTATION, INC., PAYNE, INC., LASER EXPEDITED TRANSPORTATION, INC., PATTERSON FREIGHT SYSTEMS, INC., QUALITY SERVICES, LLC., PATONY TRUCKING, INC., EQUITY TRANSPORTATION COMPANY, INC., LONGHORN TRANSPORTATION SERVICES, INC., KEM EXPRESS, INC., JET TRANSPORTATION SERVICES, HARRY E. HILLS & ASSOCIATES, INC., A&W TRUX, INC., HARCHELROAD TRUCKING CO., MERCURY CARTAGE, | CIVIL ACTION NO. 04-10698-WGY |

| |
|---|
| LLC, YOUR TOWN TRANSPORT, INC. INC., LIBERTY EXPRESS, INC., AMSTAN LOGISTICS, INC., ALL PRO FREIGHT SYSTEMS, INC., WARREN C.SAUERS, INC., PANTHER, ALL FREIGHT SOLUTIONS CORP., and MOTOR SERVICE, INC., |
| Defendants. |

## AFFIDAVIT OF SERVICE

I, Eric H. Loeffler, having been duly sworn, depose and state as follows:

1.   I am counsel for the plaintiff, National Grange Mutual Insurance Company ("National Grange"), in the above captioned litigation.

2.   On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to A&W Trux, Inc., 319 South High St., Cairo, Nebraska 68824.

3.   I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to A&W Trux, Inc. on 04/26/04. Attached hereto as Exhibit 1 is a copy of the return receipt filed herewith as proof of service on the defendant, A&W Trux, Inc.

4.   On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to All Pro Freight Systems, Inc., 1200 Chester Industrial Parkway, Avon, OH 44011.

5.   I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to All Pro Freight Systems, Inc. on 04/19/04. Attached hereto as Exhibit 2 is a copy of the return receipt filed herewith as proof of service on the defendant, All Pro Freight Systems, Inc.

6.   On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Alliance Express, Inc., 570 Willow Road, Elmhurst, IL 60126.

7.      I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Alliance Express, Inc. on 04/23/04.  Attached hereto as Exhibit 3 is a copy of the return receipt filed herewith as proof of service on the defendant, Alliance Express, Inc.

8.      On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Amstan Logistics, Inc., 1255 Corwin Avenue, Hamilton, Ohio  45015.

9.      I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Amstan Logistics, Inc. on 04/19/04.  Attached hereto as Exhibit 4 is a copy of the return receipt filed herewith as proof of service on the defendant, Amstan Logistics, Inc.

10.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
BEE Trucking, Inc., 9540 Ball Street, San Antonio, TX  78217.

11.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to BEE Trucking, Inc. on 04/19/04.  Attached hereto as Exhibit 5 is a copy of the return receipt filed herewith as proof of service on the defendant, BEE Trucking, Inc.

12.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Cornhusker Motor Lines, 10203 South 152nd St., Omaha , Nebraska  68138.

13.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Cornhusker Motor Lines on 04/19/04.  Attached hereto as Exhibit 6 is a copy of the return receipt filed herewith as proof of service on the defendant, Cornhusker Motor Lines.

14.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Eagle Capitol Corporation, P. O. Box 4215, Tupelo, Mississippi  38803.

15.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Eagle Capitol Corporation on 04/19/04.  Attached hereto as Exhibit 7 is a copy of the return receipt filed herewith as proof of service on the defendant, Eagle Capitol Corporation.

16. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
EJA Trucking, Inc., 9341 Althea, St. Louis, MO 63123.

17. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to EJA Trucking, Inc. on 04/19/04. Attached hereto as <u>Exhibit 8</u> is a copy of the return receipt filed herewith as proof of service on the defendant, EJA Trucking, Inc.

18. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Equity Transportation Company, Inc., 3685 Dykstra N.W., Walker, MI 49544.

19. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Equity Transportation Company, Inc. on 04/19/04. Attached hereto as <u>Exhibit 9</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Equity Transportation Company, Inc.

20. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Everhart Transportation, 624 Midway Road Inc, Midway, Tennessee 378090.

21. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Everhart Transportation,. on 04/20/04. Attached hereto as <u>Exhibit 10</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Everhart Transportation.

22. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Fleetmaster Express, Inc., P. O. Box 12527, Roanoke, Virginia 24026.

23. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Fleetmaster Express, Inc. on 04/19/04. Attached hereto as <u>Exhibit 11</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Fleetmaster Express, Inc.

24. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Harchelroad Trucking Co., P. O. Box 10510, Pittsburgh, PA 15235.

25. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Harchelroad Trucking Co. on 04/20/04. Attached hereto as <u>Exhibit 12</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Harchelroad Trucking Co.

26. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Harry E. Hills & Associates, Inc., P. O. Box 3435, Decatur, IL 62524.

27. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Harry E. Hills & Associates, Inc. on 04/19/04. Attached hereto as <u>Exhibit 13</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Harry E. Hills & Associates, Inc.

28. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Hepler Transport, 997 Victory Church Road, Franklin, PA 16323.

29. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Hepler Transport. Attached hereto as <u>Exhibit 14</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Hepler Transport.

30. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Hummer Trucking Corp, 1486 Hwy 6 NW, Oxford, IA 52322.

31. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Hummer Trucking Corp on 04/19/04. Attached hereto as <u>Exhibit 15</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Hummer Trucking Corp.

32. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Jet Transportation Services, P.O. Box 186, San Isidro, TX 78588.

33. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Jet Transportation Services on 04/21/04. Attached hereto as <u>Exhibit 16</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Jet Transportation Services.

34. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to JNS Daniels Trucking, Inc., 212 Central Avenue, South Brandon, MI 56315.

35. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to JNS Daniels Trucking, Inc. on 04/19/04. Attached hereto as <u>Exhibit 17</u> is a copy of the return receipt filed herewith as proof of service on the defendant, JNS Daniels Trucking, Inc.

36. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to KEM Express, Inc., 284 Gibbs Road, Mooresville, NC 27118.

37. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to KEM Express, Inc. Attached hereto as <u>Exhibit 18</u> is a copy of the return receipt filed herewith as proof of service on the defendant, KEM Express, Inc.

38. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Laser Expedited Transportation, Inc., 6661 Cochran Road – Suite E, Solon, OH 44139.

39. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Laser Expedited Transportation, Inc. on 04/19/04. Attached hereto as <u>Exhibit 19</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Laser Expedited Transportation, Inc.

40.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Liberty Express, Inc., P. O. Box 888, Granite Falls, NC 28630.

41.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Liberty Express, Inc. on 4/21/04. Attached hereto as Exhibit 20 is a copy of the return receipt filed herewith as proof of service on the defendant, Liberty Express, Inc.

42.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to LL Transport, Inc. , 47 S. 34th Street , Richmond, IN 47374.

43.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to LL Transport, Inc. on 04/21/04. Attached hereto as Exhibit 21 is a copy of the return receipt filed herewith as proof of service on the defendant, LL Transport, Inc. .

44.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Load Max Carrier, Inc., 10680 NW 37 Terrace, Miami, FL 33178.

45.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Load Max Carrier, Inc. on 04/21/04. Attached hereto as Exhibit 22 is a copy of the return receipt filed herewith as proof of service on the defendant, Load Max Carrier, Inc.

46.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Longhorn Transportation Services, Inc., P.O. Box 5486, Statesville, NC 28687.

47.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Longhorn Transportation Services, Inc. on 04/21/04. Attached hereto as Exhibit 23 is a copy of the return receipt filed herewith as proof of service on the defendant, Longhorn Transportation Services, Inc.

48.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to MC Freight, 12739 Carrollton Industrial Drive, Bridgeton, MO 63044.

49.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to MC Freight on 04/19/04. Attached hereto as Exhibit 24 is a copy of the return receipt filed herewith as proof of service on the defendant, MC Freight.

50.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Miller Freightlines, LLC, 4990 570th Avenue, West Bend, IN 50597.

51.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Miller Freightlines, LLC on 04/19/04. Attached hereto as Exhibit 25 is a copy of the return receipt filed herewith as proof of service on the defendant, Miller Freightlines, LLC.

52.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Motor Service, Inc., 5540 Eagle Industrial Court, Hazelwood, MO 63042.

53.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Motor Service, Inc. on 04/19/04. Attached hereto as Exhibit 26 is a copy of the return receipt filed herewith as proof of service on the defendant, Motor Service, Inc.

54.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Mr. P. Express, Inc., P. O. Box 1547, Jeffersonville,, IN 47131.

55.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Mr. P. Express, Inc. on 04/22/04. Attached hereto as Exhibit 27 is a copy of the return receipt filed herewith as proof of service on the defendant, Mr. P. Express, Inc.

56.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
NG Express, Inc., 2400 E. Oakton St. – Suite 211, Arlington Heights, IL  60005.

57.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to NG Express, Inc. on 04/22/04. Attached hereto as Exhibit 28 is a copy of the return receipt filed herewith as proof of service on the defendant, NG Express, Inc.

58.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Northland Trucking, Inc., 1515 S. 22nd Avenue, Phoenix, AZ  85009.

59.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Northland Trucking, Inc. on 04/20/04.  Attached hereto as Exhibit 29 is a copy of the return receipt filed herewith as proof of service on the defendant, Northland Trucking, Inc.

60.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Panther, 8421 N.W. 70th Street, Miami, FL  33166.

61.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Panther on 04/19/04. Attached hereto as Exhibit 30 is a copy of the return receipt filed herewith as proof of service on the defendant, Panther.

62.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Patony Trucking, Inc., 1411 Halstead Ave. NW, Palm Ba y, FL  32907.

63.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Patony Trucking, Inc. on 04/19/04.  Attached hereto as Exhibit 31 is a copy of the return receipt filed herewith as proof of service on the defendant, Patony Trucking, Inc.

64. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Patony Trucking, Inc.c/o Nationwide Transport Finance Co., , P.O. Box 81860, Las Vegas, NV 89180.

65. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Patony Trucking, Inc.c/o Nationwide Transport Finance Co., on 04/21/04. Attached hereto as Exhibit 32 is a copy of the return receipt filed herewith as proof of service on the defendant, Patony Trucking, Inc.c/o Nationwide Transport Finance Co.

66. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Patterson Freight Systems, Inc., P.O. Box 3838, Plant City, Florida 33583.

67. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Patterson Freight Systems, Inc. on 4/21/04. Attached hereto as Exhibit 33 is a copy of the return receipt filed herewith as proof of service on the defendant, Patterson Freight Systems, Inc.

68. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Payne, Inc., 500 Hudgins Road, Fredericksburg, VA 22408.

69. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Payne, Inc. on 04/19/04. Attached hereto as Exhibit 34 is a copy of the return receipt filed herewith as proof of service on the defendant, Payne, Inc.

70. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Quality Services, LLC, 5420 Brown Avenue, St. Louis, MO 63120.

71. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Quality Services, LLC on 04/19/04. Attached hereto as Exhibit 35 is a copy of the return receipt filed herewith as proof of service on the defendant, Quality Services, LLC.

72. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Republic Express, Inc., 1810 Crestview Drive, Suite 6A, Hudson, Wisconsin 54016.

73. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Republic Express, Inc. on 04/20/04. Attached hereto as <u>Exhibit 36</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Republic Express, Inc.

74. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Sanger Trucking, 20 Hamlin Road, Fredericksburg, PA 17026.

75. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Sanger Trucking on 04/19/04. Attached hereto as <u>Exhibit 37</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Sanger Trucking .

76. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Seven Oaks Capitol Corporation, 5745 Essen Lane – Suite 102, Baton Rouge, Louisiana 70810.

77. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Seven Oaks Capitol Corporation on 04/19/04. Attached hereto as <u>Exhibit 38</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Seven Oaks Capitol Corporation.

78. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Taylor Truck Line, 3145 Northfield Blvd., Northfield, MN 55057.

79. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Taylor Truck Line on 04/20/04. Attached hereto as <u>Exhibit 39</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Taylor Truck Line.

80.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
TDM Express, Inc., 13524 N.W. Industrial Dr., Bridgeton, MO  63044.

81.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to TDM Express, Inc. on 04/22/04.  Attached hereto as Exhibit 40 is a copy of the return receipt filed herewith as proof of service on the defendant, TDM Express, Inc.

82.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
The Walker Companies, LLC, 6516 E. Halifax, Mesa,, AZ  85205.

83.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to The Walker Companies, LLC on 04/20/04.  Attached hereto as Exhibit 41 is a copy of the return receipt filed herewith as proof of service on the defendant, The Walker Companies, LLC.

84.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Universal Am-Can Ltd., P. O.Box 2007, Warren, MI  48090.

85.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Universal Am-Can Ltd. on 04/19/04.  Attached hereto as Exhibit 42 is a copy of the return receipt filed herewith as proof of service on the defendant, Universal Am-Can Ltd.

86.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
UTS Transportation Services, Inc., 112 North Ewing, Suite A, Grimes, IN  50111.

87.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to UTS Transportation Services, Inc. on 04/19/04.  Attached hereto as Exhibit 43 is a copy of the return receipt filed herewith as proof of service on the defendant, UTS Transportation Services, Inc.

88.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Warren C. Sauers, Inc., 2601 Rochester Rd., Cranberry Township, PA  16066.

89.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Warren C. Sauers, Inc. on 04/23/04.  Attached hereto as <u>Exhibit 44</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Warren C. Sauers, Inc.

90.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to
Your Town Transport, Inc., P. O. Box 56, Elroy, WI  53929.

91.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Your Town Transport, Inc. on 04/19/04.  Attached hereto as <u>Exhibit 45</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Your Town Transport, Inc.

92.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to All Freight Solutions Corp, 15620 SW 147th Avenue, Miami, FL 33187.

93.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to All Freight Solutions Corp. on 04/28/04.  Attached hereto as <u>Exhibit 46</u> is a copy of the return receipt filed herewith as proof of service on the defendant, All Freight Solutions Corp.

94.     On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Packard Transport, Inc., 24021 S. Municipal Drive, Channahon, IL 60410.

95.     I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Packard Transportation, Inc. Attached hereto as <u>Exhibit 47</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Packard Transport, Inc.

96. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Wright Transportation, Inc., 2300 Avenue, Mobile, Alabama 36615.

97. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Wright Transportation, Inc. Attached hereto as <u>Exhibit 48</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Wright Transportation, Inc.

Signed under the pains and penalties of perjury this 3rd day of May, 2004.

Eric H. Loeffler, BBO No. 641289
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: (617) 217-5500
Fax: (617) 217-5200