

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A&W Trux, Inc.
319 South High St.
Cairo, Nebraska  68824

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Marta Welty*    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
*M Welty*    *4/26/04*

D. Is delivery address different from item 1?  ☑ Yes
If YES, enter delivery address below:  ☐ No

P.O. Box 655

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 1680 0004 9734 0675

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

02210/2037

Ex 2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Jarleston_  ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* ) _JARESTER_  C. Date of Delivery _11/9/04_ |
| 1. Article Addressed to: <br><br> **All Pro Freight Systems, Inc.** <br> **1200 Chester Industrial Parkway** <br> **Avon, OH  44011** | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? ( *Extra Fee* )  ☐ Yes |
| 2. Article Number <br> ( *Transfer from service label* ) | 7003 1680 0004 9734 0705 |

PS Form 3811, August 2001          Domestic Return Receipt                    102595-02-M-1540

UNITED STATES POSTAL SERVICE

CLEVE ND OH 441

PM

19 A

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

*EHL*

*Ex 3*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X W. ___  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 4-23 |
| 1. Article Addressed to:<br><br>Alliance Express, Inc.<br>570 Willow Road<br>Elmhurst, IL  60126 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7003 1680 0004 9734 0682 | |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

CAROL STREAM IL P&U 0014
PM
23 APR 2004

GREET...
FRO...
Far Far A...

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLC
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amstan Logistics, Inc.
1255 Corwin Avenue
Hamilton, Ohio 45015

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _Iona Budde_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
_Iona Biddok_     4/19/04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
*(Transfer from service label)*     7003 1680 0004 9734 0712

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Ostrulo & Capone LLP
1 Seaport Lane
10th Floor
Boston, MA 02210

EHC

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Janet Hand*    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

*Janet Hand*    4/19/04

D. Is delivery address different from item 1?    ☑ Yes

If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

BEE Trucking, Inc.
9540 Ball Street
San Antonio, TX 78217

3. Service Type

☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7003 1680 0004 9734 0729

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

SAN ANTONIO TX 78
PM
19 APR 04

GREETINGS
FROM
Far Far Away

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box•

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

56

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Gary Allyer* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name) *Gary Allyer*  C. Date of Delivery *4-19* |
| 1. Article Addressed to:<br><br>**Cornhusker Motor Lines**<br>**10203 South 152nd St.**<br>**Omaha , Nebraska  68138** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 1680 0004 9734 0736 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

19 APR
2004

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

*EHL*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Eagle Capitol Corporation
P. O. Box 4215

Tupelo, Mississippi  38803

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7003 1680 0004 9734 0743

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154

Ex. 7

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

36

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

   EJA Trucking, Inc.
   9341 Althea
   St. Louis, MO 63123

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7003 1680 0004 9734 0750

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   **Cetrulo & Capone LLP**
   **2 Seaport Lane**
   **10th Floor**
   **Boston, MA 02210**

   

56

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _P. P. Bidos_ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  _Paul R. Bidos_   C. Date of Delivery  4/19 |
| 1. Article Addressed to:<br><br>Equity Transportation Company, Inc.<br>3685 Dykstra N.W.<br>Walker, MI 49544 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>    (*Transfer from service label*) | 7003 1680 0004 9734 0767 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Everhart Transportation,.
624 Midway Road Inc
Midway, Tennessee  378090

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _June Musick_   ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                 4/20/04

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 1680 0004 9734 0774

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

Ex. 10

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

Ex. 11

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Carl Gruyen_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>_Carl Bunochtinker_  3 |
| 1. Article Addressed to:<br><br>Fleetmaster Express, Inc.<br>P. O. Box 12527<br>Roanoke, Virginia  24026 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? ( *Extra Fee* )  ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7003 1680 0004 9734 0781 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

*EHL*

2210+2001

Ex. 12

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jean L. Harchelroad*  ☑ Agent  ☐ Addressee |
| | B. Received by (*Printed Name*)    C. Date of Delivery<br>4-20-04 |
| 1. Article Addressed to:<br><br>Harchelroad Trucking Co.<br>P. O. Box 10510<br>Pittsburgh, PA  15235 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☑ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 1680 0004 9734 0798 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

APR 21 2004
PITTSBURGH PA
USPS 15295

Ex. 13

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sherri Lazzarini_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Sherri Lazzarini  4-19-04 |
| 1. Article Addressed to:<br><br>Harry E. Hills & Associates, Inc.<br>P. O. Box 3435<br>Decatur, IL 62524 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7003 1680 0004 9734 0804 | |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

56

Ex. 14

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *Cynthia Hepler*
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

1. Article Addressed to:

Hepler Transport
997 Victory Church Road
Franklin, PA 16323

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)
   7003 1680 0004 9734 0811

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

*EHL*

36

Ex. 15

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hummer Trucking Corp
1486 Hwy 6 NW
Oxford, IA  52322

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X                                              ☐ Agent
                                               ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
Don Hummer                              4/19/04

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Art
(Tra

PS Fo

102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210



56

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Brenda Conrad_  ☐ Agent  ☐ Addressee <br> B. Received by ( *Printed Name* )  C. Date of Delivery <br> 5/2/04 <br> D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to: <br><br> **Jet Transportation Services** <br> **P.O. Box 186** <br> **San Isidro, TX  78588** | 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | 7003 1680 0004 9734 0835 |

PS Form **3811**, August 2001       Domestic Return Receipt       102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

*EHL*

Ex. 17

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JNS Daniels Trucking, Inc.
212 Central Avenue
South Brandon, MI 56315

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _James D Gochenje_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_James Gochanje_    4-19-04

D. Is delivery address different from item 1?  ☒ Yes
If YES, enter delivery address below:  ☐ No

PO Box 65

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
(Transfer from service)    7003 1680 0004 9734 0842

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
CLOUD
P
04/19/04 ST CLOUD 563 20:17

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

EHL

56

Ex. 18

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _M. Ashu_   ☐ Agent   ☐ Addressee <br> B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to: <br><br> **KEM Express, Inc.** <br> **284 Gibbs Road** <br> **Mooresville, NC 27118** | D. Is delivery address different from item 1?   ☐ Yes <br> If YES, enter delivery address below:   ☐ No |
|  | 3. Service Type <br> ☑ Certified Mail    ☐ Express Mail <br> ☐ Registered    ☐ Return Receipt for Merchandise <br> ☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7003 1680 0004 9734 0859 |
| PS Form 3811, August 2001     Domestic Return Receipt | 102595-02-M-1540 |

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

EHM      EHL

Ex. 19

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>Robbin Veal  4/19/04<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Laser Expedited Transportation, Inc.<br>6661 Cochran Road – Suite E<br>Solon, OH  44139 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7003 1680 0004 9734 0866 | |
| PS Form 3811, August 2001      Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

36

Rx. 20



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to: <br><br> Liberty Express, Inc. <br> P. O. Box 888 <br> Granite Falls, NC 28630 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> APR 2 1 2004 <br><br> 3. Service Type <br> ☐ Certified Mail ☐ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7003 1680 0004 9734 0873 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

56

Ex. 21

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>LL Transport, Inc.<br>47 S. 34th Street<br>Richmond, IN 47374 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7003 1680 0004 9734 0880 | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540 | |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

02210+2001

Ex. 22

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Load Max Carrier, Inc.
10680 NW 37 Terrace
Miami, FL 33178

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No



3. Service Type
☑ Certified Mail        ☐ Express Mail
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 1680 0004 9734 0897

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

36

Ex. 23

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Brull_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>Brian Brull  4-21-04 |
| 1. Article Addressed to:<br><br>**Longhorn Transportation Services, Inc.**<br>**P.O. Box 5486**<br>**Statesville, NC 28687** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0004 9734 0903 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

EHC



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 4/19 |
| 1. Article Addressed to:<br><br>MC Freight<br>12739 Carrollton Industrial Drive<br>Bridgeton, MO  63044 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0004 9734 0910 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE    First-Class Mail<br>Postage & Fees Paid<br>USPS<br>Permit No. G-10

GREETINGS<br>FROM<br>Far Far Away

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP<br>2 Seaport Lane<br>10th Floor<br>Boston, MA 02210

EHL

Ex. 25

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Miller Freightlines, LLC
4990 570th Avenue
West Bend, IN  50597

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Wanda Miller    4/19/04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 1680 0004 9734 0941

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
2 Seaport Lane
10th Floor
Boston, MA 02210



Ex. 26

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee |
|  | B. Received by ( *Printed Name* )     C. Date of Delivery  4-19-04 |
| 1. Article Addressed to:  Motor Service, Inc.  5540 Eagle Industrial Court  Hazelwood, MO  63042 | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type  ☐ Certified Mail   ☐ Express Mail  ☐ Registered   ☐ Return Receipt for Merchandise  ☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number  *(Transfer from service label)*   7003 1680 0004 9734 0958 | |

PS Form **3811**, August 2001     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

SAINT LOUIS MO  PM  19 APR 2004

GREETINGS FROM Far Far Away

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

56

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cynthia P Collier*  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. P. Express, Inc.<br>P. O. Box 1542  1547<br>Jeffersonville,, IN  47131 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number
(Transfer from service label)  7003 1680 0004 9734 0965

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

GREETINGS FROM Far Away

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

38

Ex. 28

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Drew_   ☐ Agent   ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery 4 20 4 |
| 1. Article Addressed to:<br><br>NG Express, Inc.<br>2400 E. Oakton St. – Suite 211<br>Arlington Heights, IL 60005 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 1680 0004 9734 0972 |
| PS Form 3811, August 2001    Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  □ Agent  □ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery<br>JoAnnThompson  4-20-04 |
| 1. Article Addressed to:<br><br>Northland Trucking, Inc.<br>1515 S. 22nd Avenue<br>Phoenix, AZ 85009 | D. Is delivery address different from item 1?  □ Yes<br>   If YES, enter delivery address below:  □ No<br><br>3. Service Type<br>☑ Certified Mail   □ Express Mail<br>□ Registered   □ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   □ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7003 1680 0004 9734 0989 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

*EHL*

56

Ex. 30

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Panther<br>8421 N.W. 70th Street<br>Miami, FL 33166 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7003 1680 0004 9734 1009 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

MIAMI. FL
PM
19 APR

GREETINGS
FROM
Far Far Away Store

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

2210+2001

Ex. 31

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Patony Trucking, Inc.
1411 Halstead Ave. NW
Palm Ba y, FL  32907

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
*(Transfer from service label)*

7003  1680  0004  9734  1023

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-154

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

Ex. 32



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patony Trucking, Inc.c/o Nationwide
Transport Finance Co.,
P.O. Box 80860

Las Vegas, NV 89180

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
D CARNEY                          4-21-04

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 1680 0004 9734 1030

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210



**SENDER:** *COMPLETE THIS SECTION*

- Complete Items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Patterson Freight Systems, Inc.
P.O. Box 3838
Plant City, Florida 33583

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
                                     4-21-04

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:       ☐ No

3108 Central Drive
Plant City FL 33566

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   *(Transfer from service label)*    7003 1680 0004 9734 1016

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

Ex. 34

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> x *Sherry Gillispie*   ☐ Agent  ☐ Addressee <br> B. Received by ( *Printed Name*)  C. Date of Delivery <br> *Sherry Gillispie*   4/19 |
| 1. Article Addressed to: <br><br> Payne, Inc. <br> 500 Hudgins Road <br> Fredericksburg, VA 22408 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br><br> 3. Service Type <br> ☑ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*)  7003 1680 0004 9734 0545 | |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

36

Ex. 35

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Patricia Rayman*  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery<br>*PATRICIA RAYMAN* 4/19/04 |
| 1. Article Addressed to:<br><br>Quality Services, LLC<br>5420 Brown Avenue<br>St. Louis, MO  63120 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*   7003 1680 0004 9734 0552 | |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

SAINT LOUIS MO 631
PM 19 APR 2004

GREETINGS
FROM
Far Far Aw

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

EX. 36

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Republic Express, Inc.
1810 Crestview Drive, Suite 6A
Hudson, Wisconsin 54016

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by ( *Printed Name*)     C. Date of Delivery
KATIE MCHANET                        4-20-04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

[postmark: HUDSON APR 20 2004 USPS]

3. Service Type
☑ Certified Mail        ☐ Express Mail
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*     7003 1680 0004 9734 0569

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

Ex. 37

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sanger Trucking
20 Hamlin Road
Fredericksburg, PA 17026

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                   4-19-4

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)   7003 1680 0004 9734 0576

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

HARRISBURG PA 17107
PM
19 APR
2004

GREETINGS
FROM
Far Far Away

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

02210+2001

Ex. 38

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>4-19-c |
| 1. Article Addressed to:<br><br>**Seven Oaks Capitol Corporation**<br>5745 Essen Lane – Suite 102<br>Baton Rouge, Louisiana  70810 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 1680 0004 9734 0583 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

BATON ROUGE, LA 708
PM
19 APR

GREETI
FROM
Far Fav

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

Ex. 39

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jodi K Molla_  ☑ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>_Jodi_  4/20/09 |
| 1. Article Addressed to:<br><br>Taylor Truck Line<br>3145 Northfield  Blvd<br>Northfield, MN 55057 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☑ No |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 1680 0004 9734 0668 |
| PS Form 3811, August 2001    Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Cetrulo & Capone LLP*
*2 Seaport Lane*
*10th Floor*
*Boston, MA 02210*

EHL

02210/2037

*Ex. 40*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery 4-22-4 |
| 1. Article Addressed to:<br><br>TDM Express, Inc.<br>2200 West Port Plaza Drive<br>Suite 212<br><br>St. Louis, MO  63146 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>  352 NW clip<br>Budgets   Mo 63044 |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 1680 0004 9734 0590 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail<br>Postage & Fees Paid<br>USPS<br>Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

56

Ex. 41

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Bwalker_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery  4-20-04<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>The Walker Companies, LLC<br>6516 E. Halifax<br>Mesa,, AZ 85205 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7003 1680 0004 9734 0606 | |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE     GREETING     First-Class Mail<br>Postage & Fees Paid<br>USPS<br>Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

EHL

Ex. 42

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Universal Am-Can Ltd.
P. O.Box 2007
Warren, MI 48090

2. Articl
(Tran:

PS Forn

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( *Printed Name*)    C. Date of Delivery
                                    APR 1 9 2004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAIN PO
WARREN, MI 48090

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*            ☐ Yes

02595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

36

EX. 43

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Beth McDull_  ☐ Agent  ☐ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery  4/19/A |
| 1. Article Addressed to: <br><br> UTS Transportation Services, Inc. <br> 112 North Ewing, Suite A <br> Grimes, IN 50111 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> 3. Service Type <br> ☑ Certified Mail   ☐ Express Mail <br> ☐ Registered      ☐ Return Receipt for Merchandise <br> ☐ Insured Mail    ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7003 1680 0004 9734 0620 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHC

UNITED STATES POSTAL SERVICE

Ex. 44

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Shirley Sullivan*   □ Agent  □ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery<br>SHIRLEY SULLIVAN   4-23-04<br>D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No |
| 1. Article Addressed to:<br><br>Warren C. Sauers, Inc.<br>2601 Rochester Rd.<br>Cranberry Township, PA  16066 | |
| | 3. Service Type<br>☑ Certified Mail   □ Express Mail<br>□ Registered   □ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   □ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 1680 0004 9734 0637 |
| PS Form 3811, August 2001 | Domestic Return Receipt     102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

*EHL*

Ex. 45

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____     ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery
4/14/04

1. Article Addressed to:

Your Town Transport, Inc.
P. O. Box 56
Elroy, WI 53929

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   *(Transfer from service label)*     7003 1680 0004 9734 0651

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-154

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

EX. 46

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

P₁

28 APR
2004

• Sender: Please print your name, address, and ZIP+4 in this box •

**Cetrulo & Capone LLP**
**2 Seaport Lane**
**10th Floor**
**Boston, MA 02210**

EXL

56

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>_____ |
| 1. Article Addressed to:<br><br>All Freight Solutions Corp.<br>15620 SW 147th Avenue<br>Miami, FL 33187 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>APR 2 8 2004 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 1680 0004 9734 0699 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

Ex. 47

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

x *Mary aashia*     ☐ Agent  ☐ Addressee

B. Received by (*Printed Name*)     C. Date of Delivery

*M. ashley*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Packard Transport, Inc.
24021 S. Municipal Drive
Channahon, IL 60410

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)     ☐ Yes

2. Article Number
   (*Transfer from service label*)     7003 1680 0004 9734 0996

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

SOUTH SUBURBAN, IL 60499
2 M
9 APR
2004

GREETINGS
FROM
Far Far Away

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box -

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

2210+2001



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X Toledo   ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name*)   C. Date of Delivery

T. Toledo

1. Article Addressed to:

Wright Transportation, Inc.
2300 Avenue
Mobile, Alabama  36615

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)

7003 1680 0004 9734 0644

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

PM
20 APR
2004

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cetrulo & Capone LLP
2 Seaport Lane
10th Floor
Boston, MA 02210

EHL

02210+2001