UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BEE TRUCKING, INC., EAGLE CAPITAL CORPORATION, FLEETMASTER EXPRESS INC., LL TRANSPORT, INC., MILLER FREIGHTLINES, LLC, NORTHLAND TRUCKING, INC., PACKARD TRANSPORT, INC., TDM EXPRESS, INC., TAYLOR TRUCK LINE, INC., WRIGHT TRANSPORTATION, INC., REPUBLIC EXPRESS, INC., BCT, INC., DYNAMIC TRANSIT, INC., LOAD MAX CARRIER, INC., MR. P EXPRESS, INC., NG EXPRESS, INC., HUMMER TRUCKING CORP., JNS DANIELS TRUCKING, INC., ALLIANCE EXPRESS, INC., SEVEN OAKS CAPITOL CORPORATION, MECCA & SONS TRUCKING COMPANY, INC., SANGER TRUCKING, CORNHUSKER MOTOR LINES, HEPLER TRANSPORT, EJA TRUCKING, INC., MC FREIGHT, THE WALKER COMPANIES, LLC, UTS TRANSPORTATION SERVICES, INC., UNIVERSAL AM-CAN LTD., EVERHART TRANSPORTATION, INC., PAYNE, INC., LASER EXPEDITED TRANSPORTATION, INC., PATTERSON FREIGHT SYSTEMS, INC., QUALITY SERVICES, LLC., PATONY TRUCKING, INC., EQUITY TRANSPORTATION COMPANY, INC., LONGHORN TRANSPORTATION SERVICES, INC., KEM EXPRESS, INC., JET TRANSPORTATION SERVICES, HARRY E. HILLS & ASSOCIATES, INC., A&W TRUX, INC., HARCHELROAD TRUCKING CO., MERCURY CARTAGE, | CIVIL ACTION NO. 04-10698-NMG |

LLC, YOUR TOWN TRANSPORT, INC.
INC., LIBERTY EXPRESS, INC., AMSTAN
LOGISTICS, INC., ALL PRO FREIGHT
SYSTEMS, INC., WARREN
C.SAUERS, INC., PANTHER, ALL
FREIGHT SOLUTIONS CORP., and
MOTOR SERVICE, INC.,

Defendants.

## AFFIDAVIT OF SERVICE

I, Eric H. Loeffler, having been duly sworn, depose and state as follows:

1. I am counsel for the plaintiff, National Grange Mutual Insurance Company ("National Grange"), in the above captioned litigation.

2. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Mecca & Sons Trucking Company, Inc., 580 Luis Munoz Marin Boulevard, Jersey City, NJ 07310.

3. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Mecca & Sons Trucking Company, Inc. on 04/21/04. Attached hereto as <u>Exhibit 1</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Mecca & Sons Trucking Company, Inc.

4. On April 16, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, certified mail, return receipt requested addressed to Dynamic Transit, Inc. c/o Joel A. Weiss, Esq., 4690 North Powerline Road, Pompano Beach, FL 33073.

5. I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Dynamic Transit, Inc. c/o Joel A. Weiss, Esq. on 04/20/04. Attached hereto as <u>Exhibit 2</u> is a copy of the return receipt filed herewith as proof of service on the defendant, Dynamic Transit, Inc.

Signed under the pains and penalties of perjury this 2nd day of August, 2004.

/s/ Eric H. Loeffler
Eric H. Loeffler, BBO No. 641289
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: (617) 217-5500
Fax: (617) 217-5200

01035-0030
337235v1