UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY,

    Plaintiff,

v.                                                                                    CIVIL ACTION NO. 04-10698-NMG

BEE TRUCKING, INC., EAGLE CAPITAL
CORPORATION, FLEETMASTER
EXPRESS INC., LL TRANSPORT, INC.,
MILLER FREIGHTLINES, LLC,
NORTHLAND TRUCKING, INC.,
PACKARD TRANSPORT, INC., TDM
EXPRESS, INC., TAYLOR TRUCK LINE,
INC., WRIGHT TRANSPORTATION, INC.,
REPUBLIC EXPRESS, INC., BCT, INC.,
DYNAMIC TRANSIT, INC., LOAD MAX
CARRIER, INC., MR. P EXPRESS, INC.,
NG EXPRESS, INC., HUMMER
TRUCKING CORP., JNS DANIELS
TRUCKING, INC., ALLIANCE EXPRESS,
INC., SEVEN OAKS CAPITOL
CORPORATION, MECCA & SONS
TRUCKING COMPANY, INC., SANGER
TRUCKING, CORNHUSKER MOTOR
LINES, HEPLER TRANSPORT, EJA
TRUCKING, INC., MC FREIGHT,
THE WALKER COMPANIES, LLC, UTS
TRANSPORTATION SERVICES, INC.,
UNIVERSAL AM-CAN LTD., EVERHART
TRANSPORTATION, INC., PAYNE, INC.,
LASER EXPEDITED TRANSPORTATION,
INC., PATTERSON FREIGHT SYSTEMS,
INC., QUALITY SERVICES, LLC.,
PATONY TRUCKING, INC., EQUITY
TRANSPORTATION COMPANY, INC.,
LONGHORN TRANSPORTATION
SERVICES, INC., KEM EXPRESS,
INC., JET TRANSPORTATION SERVICES,
HARRY E. HILLS & ASSOCIATES, INC.,
A&W TRUX, INC., HARCHELROAD
TRUCKING CO., MERCURY CARTAGE,

| |
|---|
| LLC, YOUR TOWN TRANSPORT, INC. INC., LIBERTY EXPRESS, INC., AMSTAN LOGISTICS, INC., ALL PRO FREIGHT SYSTEMS, INC., WARREN C.SAUERS, INC., PANTHER, ALL FREIGHT SOLUTIONS CORP., and MOTOR SERVICE, INC., <br><br> Defendants. |

## PLAINTIFF'S REQUEST FOR DEFAULT

TO THE CLERK OF THE ABOVE-NAMED COURT:

I, Eric H. Loeffler, counsel of record for the plaintiff, National Grange Mutual Insurance Company ("National Grange"), state that the Summons, Interpleader Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were served upon the following defendants as appears from the Affidavits of Service which were filed with the Court on May 3, 2004 and August 2, 2004:

1.  A&W Trux, Inc.;
2.  All Freight Solutions Corp.;
3.  All Pro Freight Systems, Inc.;
4.  Alliance Express, Inc.;
5.  Amstan Logistics, Inc.;
6.  BEE Trucking, Inc.;
7.  Cornhusker Motor Lines;
8.  Dynamic Transit, Inc.;
9.  Eagle Capitol Corporation;
10. EJA Trucking, Inc.;
11. Equity Transportation Company, Inc.;
12. Everhart Transportation;
13. Fleetmaster Express, Inc.;
14. Harchelroad Trucking Co.;
15. Harry E. Hills & Associates, Inc.;
16. Hepler Transport;
17. Hummer Trucking Corp.;
18. Jet Transportation Services;
19. JNS Daniels Trucking, Inc.;
20. KEM Express, Inc.;

21. Laser Expedited Transportation, Inc.;
22. Liberty Express, Inc.;
23. LL Transport, Inc.;
24. Load Max Carrier, Inc.;
25. Longhorn Transportation Services, Inc.;
26. MC Freight;
27. Mecca & Sons Trucking Company, Inc.;
28. Miller Freightlines, LLC;
29. Motor Service, Inc.;
30. Mr. P. Express, Inc.;
31. NG Express, Inc.;
32. Northland Trucking, Inc.;
33. Packard Transport, Inc.;
34. Panther;
35. Patony Trucking, Inc.;
36. Patterson Freight Systems, Inc.;
37. Payne, Inc.;
38. Quality Services, LLC;
39. Republic Express, Inc.;
40. Sanger Trucking;
41. Seven Oaks Capitol Corporation;
42. Taylor Truck Line;
43. TDM Express, Inc.;
44. The Walker Companies, LLC;
45. UTS Transportation Services, Inc.;
46. Warren C. Sauers, Inc.;
47. Wright Transportation, Inc.; and
48. Your Town Transport, Inc.

(hereinafter collectively referred to as the "Non-Answering Defendants"). The time within which the Non-Answering Defendants shall serve a responsive pleading or otherwise defend pursuant to Fed. R. Civ. P. Rule 12 has expired, and the Non-Answering Defendants have failed to serve or file an Answer or otherwise defend as to the Interpleader Complaint.

The Non-Answering Defendants are not a minor or incompetent persons; nor are the Non-Answering Defendants persons in military services defined in Article I of the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

WHEREFORE, National Grange Mutual Insurance Company makes application that the Non-Answering Defendants be defaulted.

Signed under the pains and penalties of perjury this 2nd day of August, 2004.

/s/ Eric H. Loeffler
Eric H. Loeffler, BBO No. 641289
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: (617) 217-5500
Fax: (617) 217-5200