UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BEE TRUCKING, INC., EAGLE CAPITAL CORPORATION, FLEETMASTER EXPRESS INC., LL TRANSPORT, INC., MILLER FREIGHTLINES, LLC, NORTHLAND TRUCKING, INC., PACKARD TRANSPORT, INC., TDM EXPRESS, INC.,  TAYLOR TRUCK LINE, INC., WRIGHT TRANSPORTATION, INC., REPUBLIC EXPRESS, INC., BCT, INC., DYNAMIC TRANSIT, INC., LOAD MAX CARRIER, INC., MR. P EXPRESS, INC., NG EXPRESS, INC., HUMMER TRUCKING CORP., JNS DANIELS TRUCKING, INC., ALLIANCE EXPRESS, INC., SEVEN OAKS CAPITOL CORPORATION, MECCA & SONS TRUCKING COMPANY, INC., SANGER TRUCKING, CORNHUSKER MOTOR LINES, HEPLER TRANSPORT, EJA TRUCKING, INC., MC FREIGHT, THE WALKER COMPANIES, LLC, UTS TRANSPORTATION SERVICES, INC., UNIVERSAL AM-CAN LTD., EVERHART TRANSPORTATION, INC., PAYNE, INC., LASER EXPEDITED TRANSPORTATION, INC., PATTERSON FREIGHT SYSTEMS, INC., QUALITY SERVICES, LLC., PATONY TRUCKING, INC., EQUITY TRANSPORTATION COMPANY, INC., LONGHORN TRANSPORTATION SERVICES, INC., KEM EXPRESS, INC., JET TRANSPORTATION SERVICES, HARRY E. HILLS & ASSOCIATES, INC., A&W TRUX, INC., HARCHELROAD TRUCKING CO., MERCURY CARTAGE, | CIVIL ACTION NO. 04-10698-NMG |

| |
|---|
| LLC, YOUR TOWN TRANSPORT, INC. INC., LIBERTY EXPRESS, INC., AMSTAN LOGISTICS, INC., ALL PRO FREIGHT SYSTEMS, INC., WARREN C.SAUERS, INC., PANTHER, ALL FREIGHT SOLUTIONS CORP., and MOTOR SERVICE, INC., <br><br> Defendants. |

## PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF PROCESS

The plaintiff, National Grange Mutual Insurance Company ("National Grange"), hereby moves pursuant to Fed. R. Civ. P. Rule 6(b) to extend the time by which it must serve its Interpleader Complaint against the defendants from August 3, 2004 to September 17, 2004, which is a period of forty-five (45) days. In support of its Motion, National Grange states as follows:

1. On April 5, 2004, National Grange initiated this action for interpleader against fifty-one (51) defendants as to the rights, if any, of the defendants to the sum of $10,000.00, which sum is the bond penalty under a property broker's surety bond under 49 U.S.C. §13906.

2. National Grange has served all but two (2) of the defendants in this action.

3. National Grange has diligently attempted to serve the remaining two defendants, BCT, Inc. and Mercury Cartage, LLC, but has been unsuccessful obtaining service to date.

4. The time for service of the Interpleader Complaint on the defendants under Fed. R. Civ. P. 4(m) is set to expire on August 3, 2004.

5. With the exception of the defendant, Universal Am-Can Ltd., which has withdrawn its claim, none of the remaining defendants have appeared or answered; thus, no party will be prejudiced by the allowance of this Motion.

WHEREFORE, National Grange respectfully requests that the Court grant this Motion for an extension of time to September 17, 2004, so that National Grange may continue its efforts to serve the remaining two defendants.

> Respectfully submitted,
>
> National Grange Mutual Insurance Company,
>
> By its attorneys,
>
> /s/ Eric H. Loeffler
> Bradford R. Carver, BBO No. 565396
> Eric H. Loeffler, BBO No. 641289
> CETRULO & CAPONE LLP
> Two Seaport Lane, 10th Floor
> Boston, MA 02210
> Tel: (617) 217-5500
> Fax: (617) 217-5200

01035-0030
337273v1