UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>BEE TRUCKING, INC., EAGLE CAPITAL CORPORATION, FLEETMASTER EXPRESS INC., LL TRANSPORT, INC., MILLER FREIGHTLINES, LLC, NORTHLAND TRUCKING, INC., PACKARD TRANSPORT, INC., TDM EXPRESS, INC., TAYLOR TRUCK LINE, INC., WRIGHT TRANSPORTATION, INC., REPUBLIC EXPRESS, INC., BCT, INC., DYNAMIC TRANSIT, INC., LOAD MAX CARRIER, INC., MR. P EXPRESS, INC., NG EXPRESS, INC., HUMMER TRUCKING CORP., JNS DANIELS TRUCKING, INC., ALLIANCE EXPRESS, INC., SEVEN OAKS CAPITOL CORPORATION, MECCA & SONS TRUCKING COMPANY, INC., SANGER TRUCKING, CORNHUSKER MOTOR LINES, HEPLER TRANSPORT, EJA TRUCKING, INC., MC FREIGHT, THE WALKER COMPANIES, LLC, UTS TRANSPORTATION SERVICES, INC., UNIVERSAL AM-CAN LTD., EVERHART TRANSPORTATION, INC., PAYNE, INC., LASER EXPEDITED TRANSPORTATION, INC., PATTERSON FREIGHT SYSTEMS, INC., QUALITY SERVICES, LLC., PATONY TRUCKING, INC., EQUITY TRANSPORTATION COMPANY, INC., LONGHORN TRANSPORTATION SERVICES, INC., KEM EXPRESS, INC., JET TRANSPORTATION SERVICES, HARRY E. HILLS & ASSOCIATES, INC., A&W TRUX, INC., HARCHELROAD TRUCKING CO., MERCURY CARTAGE, LLC, YOUR TOWN TRANSPORT, INC. INC., LIBERTY EXPRESS, INC., AMSTAN | CIVIL ACTION NO. 04-10698-WGY |

| |
|---|
| LOGISTICS, INC., ALL PRO FREIGHT SYSTEMS, INC., WARREN C.SAUERS, INC., PANTHER, ALL FREIGHT SOLUTIONS CORP., and MOTOR SERVICE, INC., <br>          Defendants. |

## AFFIDAVIT OF SERVICE

I, Eric H. Loeffler, having been duly sworn, hereby depose and state as follows:

1.  I am counsel for the plaintiff, National Grange Mutual Insurance Company ("National Grange"), in the above captioned litigation.

2.  On August 10, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, express mail, return receipt requested, addressed to Mercury Cantage LLC, 519 Haley Road, Kittery Point, Maine 03905.

3.  I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to Mercury Cantage, LLC on 8/11/04. Attached hereto as Exhibit 1 is a copy of the return receipt filed herewith as proof of service on the defendant, Mercury Cantage, LLC.

4.  On August 10, 2004, the Summons, Intervenor Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were deposited with the United States Post Office, express mail, return receipt requested, addressed to BCT, Inc., 1111 W. Jefferson Street, Boise, Idaho 83728.

5.  I received from the United States Post Office the return receipt evidencing that the documents identified in the preceding paragraph were delivered to BCT, Inc. on 08/11/04. Attached hereto as Exhibit 2 is a copy of the return receipt filed herewith as proof of service on the defendant, BCT, Inc.

Signed under the pains and penalties of perjury this 25th day of August, 2004.

/s/
Eric H. Loeffler, BBO No. 641289
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: (617) 217-5500
Fax: (617) 217-5200

01035-0030
340415v1