

# UNITED STATES POSTAL SERVICE™

Date: 08/20/2004

Fax Transmission To: ERIC LOEFFLER
Fax Number: 617-217-5200

Dear ERIC LOEFFLER:

The following is in response to your 08/20/2004 request for delivery information on your Express Mail item number EU942648609US. The delivery record shows that this item was delivered on 08/11/2004 at 11:13 AM in BOISE, ID 83715 to J MEYES. The scanned image of the recipient information is provided below.

Signature of Recipient:  *Delivery Section*
*Jesse Meyer*

Address of Recipient: 1111 JEFFERSON

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service