UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>BEE TRUCKING, INC., EAGLE CAPITAL CORPORATION, FLEETMASTER EXPRESS INC., LL TRANSPORT, INC., MILLER FREIGHTLINES, LLC, NORTHLAND TRUCKING, INC., PACKARD TRANSPORT, INC., TDM EXPRESS, INC.,  TAYLOR TRUCK LINE, INC., WRIGHT TRANSPORTATION, INC., REPUBLIC EXPRESS, INC., BCT, INC., DYNAMIC TRANSIT, INC., LOAD MAX CARRIER, INC., MR. P EXPRESS, INC., NG EXPRESS, INC., HUMMER TRUCKING CORP., JNS DANIELS TRUCKING, INC., ALLIANCE EXPRESS, INC., SEVEN OAKS CAPITOL CORPORATION, MECCA & SONS TRUCKING COMPANY, INC., SANGER TRUCKING, CORNHUSKER MOTOR LINES, HEPLER TRANSPORT, EJA TRUCKING, INC., MC FREIGHT, THE WALKER COMPANIES, LLC, UTS TRANSPORTATION SERVICES, INC., UNIVERSAL AM-CAN LTD., EVERHART TRANSPORTATION, INC., PAYNE, INC., LASER EXPEDITED TRANSPORTATION, INC., PATTERSON FREIGHT SYSTEMS, INC., QUALITY SERVICES, LLC., PATONY TRUCKING, INC., EQUITY TRANSPORTATION COMPANY, INC., LONGHORN TRANSPORTATION SERVICES, INC., KEM EXPRESS, INC., JET TRANSPORTATION SERVICES, HARRY E. HILLS & ASSOCIATES, INC., A&W TRUX, INC., HARCHELROAD TRUCKING CO., MERCURY CARTAGE, | CIVIL ACTION NO. 04-10698-NMG |

| |
|---|
| LLC, YOUR TOWN TRANSPORT, INC. INC., LIBERTY EXPRESS, INC., AMSTAN LOGISTICS, INC., ALL PRO FREIGHT SYSTEMS, INC., WARREN C.SAUERS, INC., PANTHER, ALL FREIGHT SOLUTIONS CORP., and MOTOR SERVICE, INC., <br><br> Defendants. |

## PLAINTIFF'S REQUEST FOR DEFAULT

TO THE CLERK OF THE ABOVE-NAMED COURT:

I, Eric H. Loeffler, counsel of record for the plaintiff, National Grange Mutual Insurance Company ("National Grange"), state that the Summons, Interpleader Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were served upon the following defendants as appears from the Affidavit of Service which was filed with the Court on August 26, 2004.

1. Mercury Cartage, LLC; and
2. BCT, Inc.

(hereinafter collectively referred to as the "Non-Answering Defendants"). The time within which the Non-Answering Defendants shall serve a responsive pleading or otherwise defend pursuant to Fed. R. Civ. P. Rule 12 has expired, and the Non-Answering Defendants have failed to serve or file an Answer or otherwise defend as to the Interpleader Complaint.

The Non-Answering Defendants are not minor or incompetent persons; nor are the Non-Answering Defendants persons in military services defined in Article I of the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

WHEREFORE, National Grange Mutual Insurance Company makes application that the Non-Answering Defendants be defaulted.

Signed under the pains and penalties of perjury this 29th day of October, 2004.

/s/ Eric H. Loeffler
Eric H. Loeffler, BBO No. 641289
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: (617) 217-5500
Fax: (617) 217-5200

01035-0030
337235v1