UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY,

    Plaintiff,

v.                                                                                   CIVIL ACTION NO. 04-10698-NMG

BEE TRUCKING, INC., EAGLE CAPITAL
CORPORATION, FLEETMASTER
EXPRESS INC., LL TRANSPORT, INC.,
MILLER FREIGHTLINES, LLC,
NORTHLAND TRUCKING, INC.,
PACKARD TRANSPORT, INC., TDM
EXPRESS, INC.,  TAYLOR TRUCK LINE,
INC., WRIGHT TRANSPORTATION, INC.,
REPUBLIC EXPRESS, INC., BCT, INC.,
DYNAMIC TRANSIT, INC., LOAD MAX
CARRIER, INC., MR. P EXPRESS, INC., NG
EXPRESS, INC., HUMMER TRUCKING
CORP., JNS DANIELS
TRUCKING, INC., ALLIANCE EXPRESS,
INC., SEVEN OAKS CAPITOL
CORPORATION, MECCA & SONS
TRUCKING COMPANY, INC., SANGER
TRUCKING, CORNHUSKER MOTOR
LINES, HEPLER TRANSPORT, EJA
TRUCKING, INC., MC FREIGHT,
THE WALKER COMPANIES, LLC, UTS
TRANSPORTATION SERVICES, INC.,
UNIVERSAL AM-CAN LTD., EVERHART
TRANSPORTATION, INC., PAYNE, INC.,
LASER EXPEDITED TRANSPORTATION,
INC., PATTERSON FREIGHT SYSTEMS,
INC., QUALITY SERVICES, LLC.,
PATONY TRUCKING, INC., EQUITY
TRANSPORTATION COMPANY, INC.,
LONGHORN TRANSPORTATION
SERVICES, INC., KEM EXPRESS,
INC., JET TRANSPORTATION SERVICES,

| |
|---|
| HARRY E. HILLS & ASSOCIATES, INC., A&W TRUX, INC., HARCHELROAD TRUCKING CO., MERCURY CARTAGE, LLC, YOUR TOWN TRANSPORT, INC. INC., LIBERTY EXPRESS, INC., AMSTAN LOGISTICS, INC., ALL PRO FREIGHT SYSTEMS, INC., WARREN C.SAUERS, INC., PANTHER, ALL FREIGHT SOLUTIONS CORP., and MOTOR SERVICE, INC., <br><br>    Defendants. |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR NATIONAL GRANGE MUTUAL INSURANCE COMPANY**

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for National Grange Mutual Insurance Company is as follows:

**Hinshaw & Culbertson LLP**
**One International Place, 3rd Floor**
**Boston, MA 02110**
**Telephone: (617) 213-7000**
**Fax: (617) 213-7001**

                                                Respectfully Submitted,
                                                NATIONAL GRANGE MUTUAL
                                                INSURANCE COMPANY
                                                By its attorneys,

                                                /s/ Eric H. Loeffler
                                                _____
                                                Bradford R. Carver, BBO #565396
                                                Eric H. Loeffler, BBO #641289
                                                Hinshaw & Culbertson LLP
                                                One International Place, 3rd Floor
                                                Boston, MA 02110
Date:  July 14, 2005                           Telephone:  (617) 213-7000

34012276v1 NEWFILE