UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY,

    Plaintiff,

v.

BEE TRUCKING, INC. et al., ,

    Defendants.

CIVIL ACTION NO. 04-10698-NMG

### NATIONAL GRANGE MUTUAL INSURANCE COMPANY'S
### MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the plaintiff, National Grange Mutual Insurance Company ("National Grange"), based upon the pleadings, affidavits and previous orders filed herein, moves that default judgment be entered in this action against the following defendants:

1. A&W Trux, Inc.;
2. All Freight Solutions Corp.;
3. All Pro Freight Systems, Inc.;
4. Alliance Express, Inc.;
5. Amstan Logistics, Inc.;
6. BEE Trucking, Inc.;
7. Cornhusker Motor Lines;
8. Dynamic Transit, Inc.;
9. Eagle Capitol Corporation;
10. EJA Trucking, Inc.;
11. Equity Transportation Company, Inc.;
12. Everhart Transportation;
13. Fleetmaster Express, Inc.;
14. Harchelroad Trucking Co.;
15. Harry E. Hills & Associates, Inc.;
16. Hepler Transport;
17. Hummer Trucking Corp.;
18. Jet Transportation Services;
19. JNS Daniels Trucking, Inc.;
20. KEM Express, Inc.;

21. Laser Expedited Transportation, Inc.;
22. Liberty Express, Inc.;
23. LL Transport, Inc.;
24. Load Max Carrier, Inc.;
25. Longhorn Transportation Services, Inc.;
26. MC Freight;
27. Mecca & Sons Trucking Company, Inc.;
28. Miller Freightlines, LLC;
29. Motor Service, Inc.;
30. Mr. P. Express, Inc.;
31. NG Express, Inc.;
32. Northland Trucking, Inc.;
33. Packard Transport, Inc.;
34. Panther;
35. Patony Trucking, Inc.;
36. Patterson Freight Systems, Inc.;
37. Payne, Inc.;
38. Quality Services, LLC;
39. Republic Express, Inc.;
40. Sanger Trucking;
41. Seven Oaks Capitol Corporation;
42. Taylor Truck Line;
43. TDM Express, Inc.;
44. The Walker Companies, LLC;
45. UTS Transportation Services, Inc.;
46. Warren C. Sauers, Inc.;
47. Wright Transportation, Inc.;
48. Your Town Transport, Inc.;
49. Mercury Cartage, LLC; and
50. BCT, Inc.

(hereinafter collectively referred to as the "Non-Answering Defendants"). As grounds for this Motion, National Grange states as follows:

1. National Grange, as surety, issued a "Property Broker's Surety Bond under 49 U.S.C. §13906" (assigned Bond No. S-218935-Y and bearing License No. 335241-B) on behalf of Traffic Logistics, Inc. d/b/a ACT Broker Services ("Traffic Logistics"), as principal, with a bond penalty of $10,000.00 (hereinafter referred to as "the Bond"). The Bond became effective on April 1, 1998.

2. National Grange brought this interpleader action, pursuant to 28 U.S.C. §1335, against the Non-Answering Defendants and one other defendant[1] that asserted claims against the Bond. Said claims against the Bond exceeded the penalty of the Bond

3. The Summons, Interpleader Complaint, National Grange's Motion for Leave to Deposit Funds into the Registry of the Court, and Order Permitting Deposit of Funds into the Registry of the Court in the above captioned litigation were served upon the Non-Answering Defendants as appears from the Affidavits of Service which were filed with the Court on May 3, 2004 and August 2, 2004.

4. The time within which the Non-Answering Defendants shall serve a responsive pleading or otherwise defend pursuant to Fed. R. Civ. P. Rule 12 has expired, and the Non-Answering Defendants have failed to serve or file an Answer or otherwise defend as to the Interpleader Complaint.

5. On June 8, 2005, the Court entered default against the Non-Answering Defendants.

6. The Non-Answering Defendants are not minors or incompetent persons; nor are the Non-Answering Defendants persons in military services defined in Article I of the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

7. This is a proper action or proceeding for interpleader under 28 U.S.C. §1335 and for determination of the respective rights, if any, of the Defendants to the Bond and to the Bond penalty, and this Court has jurisdiction over the subject matter of this action and the parties thereto.

---

[1] The only defendant to appear was Universal Am-Can Ltd., which withdrew its claim. See Docket No. 5 and the Court's Order of May 4, 2004.

WHEREFORE, National Grange Mutual Insurance Company prays that this Honorable Court enter a Default Judgment against the Non-Answering Defendants, as set forth in the proposed Default Judgment, which is respectfully submitted to the Court herewith as <u>Exhibit A</u>.

    Respectfully submitted,

    NATIONAL GRANGE MUTUAL INSURANCE COMPANY,

    By its attorneys,

    /s/ Eric H. Loeffler
    Bradford R. Carver, BBO No. 565396
    Eric H. Loeffler, BBO No. 641289
    Hinshaw & Culbertson LLP
    One International Place, Third Floor
    Boston, MA 02110
    (617) 213-7000