UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY,

    Plaintiff,

v.

BEE TRUCKING, INC. et al., ,

    Defendants.

CIVIL ACTION NO. 04-10698-NMG

## DEFAULT JUDGMENT

The Defendants, A&W Trux, Inc., All Freight Solutions Corp., All Pro Freight Systems, Inc., Alliance Express, Inc., Amstan Logistics, Inc., BEE Trucking, Inc., Cornhusker Motor Lines, Dynamic Transit, Inc., Eagle Capitol Corporation, EJA Trucking, Inc., Equity Transportation Company, Inc., Everhart Transportation, Fleetmaster Express, Inc., Harchelroad Trucking Co., Harry E. Hills & Associates, Inc., Hepler Transport, Hummer Trucking Corp., Jet Transportation Services, JNS Daniels Trucking, Inc., KEM Express, Inc., Laser Expedited Transportation, Inc., Liberty Express, Inc., LL Transport, Inc., Load Max Carrier, Inc., Longhorn Transportation Services, Inc., MC Freight, Mecca & Sons Trucking Company, Inc., Miller Freightlines, LLC, Motor Service, Inc., Mr. P. Express, Inc., NG Express, Inc., Northland Trucking, Inc., Packard Transport, Inc., Panther, Patony Trucking, Inc., Patterson Freight Systems, Inc., Payne, Inc., Quality Services, LLC, Republic Express, Inc., Sanger Trucking, Seven Oaks Capitol Corporation, Taylor Truck Line, TDM Express, Inc., The Walker Companies, LLC, UTS Transportation Services, Inc., Warren C. Sauers, Inc., Wright Transportation, Inc., Your Town Transport, Inc., Mercury Cartage, LLC, and BCT, Inc.

(hereinafter collectively referred to as the "Non-Answering Defendants"), having failed to plead or otherwise defend in this action and their default having been entered,

Now, upon application of the Plaintiff and affidavits demonstrating that the Non-Answering Defendants are not minors or incompetent persons or in the military service of the United States,

It is hereby **ORDERED, ADJUDGED AND DECREED** that the Default Judgment shall enter against the Non-Answering Defendants.

**SO ORDERED**:

Dated: _____