UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BEE TRUCKING, INC. et al., ,<br><br>　　　　Defendants. | CIVIL ACTION NO. 04-10698-NMG |

**NATIONAL GRANGE MUTUAL INSURANCE COMPANY'S**
**MOTION FOR DETERMINATION OF INTERPLEADER**

The plaintiff, National Grange Mutual Insurance Company ("National Grange"), respectfully moves this Honorable Court, pursuant to 28 U.S.C. §§ 1335 and 2361, for a full and final determination of its interpleader claim. Specifically, National Grange moves the Court for an Order:

1.　　Declaring that this action is a proper action or proceeding for interpleader pursuant to 28 U.S.C. §1335;

2.　　Declaring the respective rights, if any, of the Defendants to the proceeds on deposit with the registry of the Court of the "Property Brokers Surety Bond under 49 U.S.C. §10927" (assigned Bond No. S-218935-Y and bearing License No. 335241-B) (hereinafter, "the Bond") issued by National Grange, as surety, on behalf of Traffic Logistics, Inc. d/b/a ACT Broker Services ("Traffic Logistics"), as principal, pertinent to this action;

3.　　Declaring that the maximum bond penalty under the Bond is a total of $10,000.00;

1

4. Discharging National Grange from any and all liability to any and all Defendants under the Bond, and deeming the Bond null and void with no further force or legal effect as to the Defendants;

5. Finding that National Grange is entitled to a refund of the Bond proceeds on deposit with the registry of the Court;

6. Dismissing National Grange from the interpleader action;

7. Permanently restraining and enjoining the Defendants from instituting or prosecuting any action or proceeding against National Grange or the Bond in any federal or state court; and

8. Declaring that all claims that the Defendants may have concerning the funds on deposit or National Grange's obligations with respect to those funds are fully and finally resolved.

In further support of this Motion, National Grange relies upon the Memorandum of Law in Support of its Motion for Determination of Interpleader, filed herewith. National Grange has also submitted a proposed Memorandum of Decision and Order, with proposed findings of fact and conclusions of law, attached hereto as <u>Exhibit A</u>.

WHEREFORE, National Grange Mutual Insurance Company prays that this Honorable Court allow its Motion for Determination of Interpleader and for such other and further relief that the Court deems just and appropriate.

Respectfully submitted,

NATIONAL GRANGE MUTUAL INSURANCE COMPANY,

By its attorneys,

/s/ Eric H. Loeffler
Bradford R. Carver, BBO No. 565396
Eric H. Loeffler, BBO No. 641289
Hinshaw & Culbertson LLP
One International Place, Third Floor
Boston, MA 02110
(617) 213-7000

3