UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BEE TRUCKING, INC. et al., ,<br><br>Defendants. | CIVIL ACTION NO. 04-10698-NMG |

### AFFIDAVIT OF ELI CINQ-MARS

I, Eli Cinq-Mars, having been duly sworn, hereby depose and state as follows:

1.  I am employed by Main Street America Group and I have full authority to adjust, manage and defend claims on behalf of National Grange Mutual Insurance Company ("National Grange") in this action. I make the statements that follow on personal knowledge or on the basis of the business records of National Grange, of which I am the keeper.

2.  I have read National Grange's Interpleader Complaint and am familiar with the contents thereof. The same is true to my knowledge, except as to those matters alleged upon information and belief, and as to those matters, I believe them to be true.

Signed under the pains and penalties of perjury this 5th day of August, 2005.

/s/ Eli Cinq-Mars
Eli Cinq-Mars
Main Street America Group

34013031v1 NEWFILE