## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**National Grange Mutual Insurance**
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

**Bee Trucking, Inc.  Et al**
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, BCT, Inc. , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20th  day of  September, 2005                          .

SARAH A. THORNTON
CLERK OF COURT

By:    /s/ Elizabeth E. Elefther
Deputy Clerk

Notice mailed to:
BCT, Inc.
1111 W. Jeffereson Street
Boise, Idaho 83728

Default Notice.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**National Grange Mutual Insurance**
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

**Bee Trucking, Inc.   Et al**
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **National Grange Mutual Insurance Company** for an order of Default for failure of the Defendant, **The Walker Companies, LLC** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **20th** day of **September, 2005** .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:   /s/ Elizabeth E. Elefther**
**Deputy Clerk**

**Notice mailed to:**
**The Walker Companies, LLC**
**6516 E Halifax**
**Mesa, AZ 85205**

Default Notice.wpd - 3/7/2005

I hereby certify on _____ that the foregoing document is true and correct copy of t
☐ electronic docket in the captioned case
☐ electronically filed original filed on_____
☐ original filed in my office on_____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__National Grange Mutual Insurance__ __
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

__Bee Trucking, Inc.   Et al_____
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff,_ **National Grange Mutual Insurance**

**Company** for an order of Default for failure of the Defendant, **Warren C Sauers** t

plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civ

Procedure, notice is hereby given that the Defendant has been defaulted this

**20th**___ day of _**September, 2005**___ .

**SARAH A. THORNTON**
**CLERK OF COURT**

By:    **/s/ Elizabeth E. Elefther**
**Deputy Clerk**

**Notice mailed to:**
**Warren C Sauers**
**2601 Rochester Road**
**Cranberry Township, PA 16066**

Default Notice.wpd - 3/7/2005)

I hereby certify on ................. that the ....... of the
foregoing document is true and correct c
☐ electronic docket in the captioned ca
☐ electronically filed original filed on___
☐ original filed in my office on _____
        Sarah A. Thornton
        Clerk, U.S. District Court
        District of Massachusetts

By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance
                    **Plaintiff**

                  **V.**

  Bee Trucking, Inc.  Et al
                  **Defendant**

**CIVIL ACTION**

**NO. 04-10698 NMG**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, Load Max Carrier, Inc. , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rule of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  20th  day of  September, 2005  .

**SARAH A. THORNTON
CLERK OF COURT**

**By:**   **/s/ Elizabeth E. Elefther**
         **Deputy Clerk**

**Notice mailed to:
Load Max Carrier, Inc.
10680 NW 37 Terrace
Miami, FL 33178**

Default Notice.wpd - 3/7/2005)

i hereby certify on _____ that the foregoing document is true and corre:  ppy of the
☐ electronic docket in the captioned  e
☐ electronically filed original filed on.
☐ original filed in my office on_____
            Sarah A. Thornton
            Clerk, U.S. District Court
            District of Massachusetts
By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

  Bee Trucking, Inc.   Et al
**Defendant**

## NOTICE OF DEFAULT

**Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, TDM Express, Inc , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted th 20th   day of  September, 2005                          .**

**SARAH A. THORNTON
CLERK OF COURT**

**By:    /s/ Elizabeth E. Elefther
Deputy Clerk**

**Notice mailed to:
TDM Express, Inc.
2200 West Port Plaza Drive
Suite 212
St. Louis, MO 63146**

I hereby certify on          that the
foregoing document is true and correct copy of
☐  electronic docket in the captioned case
☐  electronically filed original filed on_____
☐  original filed in my office on _____
          Sarah A. Thornton
          Clerk, U.S. District Court
          District of Massachusetts
By:_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance  
                **Plaintiff**

                        **V.**

  Bee Trucking, Inc.   Et al  
                **Defendant**

**CIVIL ACTION**

**NO. 04-10698 NMG**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance

Company for an order of Default for failure of the Defendant, All Freight Solution

Corp. to plead or otherwise defend as provided by Rule 55(a) of the Federal Rul

of Civil Procedure, notice is hereby given that the Defendant has been defaulted

this  20th   day of  September, 2005   .

SARAH A. THORNTON  
CLERK OF COURT

By:  /s/ Elizabeth E. Elefther  
**Deputy Clerk**

**Notice mailed to:**  
**All Freight Solutions Corp**  
**15620 SW 147th Avenue**  
**Miami, FL 33187**

Default Notice.wpd - 3/7/2005)

I hereby certify on _____ that the  
foregoing document is true and correct   by of the  
☐ electronic docket in the captioned (  
☐ electronically filed original filed on__  
☐ original filed in my office on_____  
        Sarah A. Thornton  
        Clerk, U.S. District Court  
        District of Massachusetts  

By:_____  
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance  
                    **Plaintiff**

**V.**

  Bee Trucking, Inc.   Et al  
                    **Defendant**

CIVIL ACTION

**NO. 04-10698 NMG**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, Motor Service Inc. plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civ Procedure, notice is hereby given that the Defendant has been defaulted this 20th    day of  September, 2005     .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:    /s/ Elizabeth E. Elefther  **
**Deputy Clerk**

**Notice mailed to:**
**Motor Service, Inc.**
**5540 Eagle Industrial Court**
**Hazelwood, Missouri 63042**

Default Notice.wpd - 3/7/2005

I hereby certify on              that the
foregoing document is true and correct ( / of the
☐ electronic docket in the captioned ca
☐ electronically filed original filed on__
☐ original filed in my office on_____
              Sarah A. Thornton
              Clerk, U.S. District Court
              District of Massachusetts
By:_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**National Grange Mutual Insurance**
### Plaintiff

**CIVIL ACTION**

**NO. 04-10698 NMG**

### V.

**Bee Trucking, Inc.  Et al**
### Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **National Grange Mutual Insurance**

**Company for an order of Default for failure of the Defendant,UT Transportation**

**Services, Inc., to plead or otherwise defend as provided by Rule 55(a) of the**

**Federal Rules of Civil Procedure, notice is hereby given that the Defendant has**

**been defaulted this  20th   day of  September, 2005     .**

**SARAH A. THORNTON**
**CLERK OF COURT**

By:    **/s/ Elizabeth E. Elefther**
**Deputy Clerk**

**Notice mailed to:**
**UT Transportation Services, Inc**
**112 North Ewing Suite A**
**Grimes, IN 50111**

Default Notice.wpd - 3/7/2005

I hereby certify on              that the
foregoing document is true and correct    y of the
☐ electronic docket in the captioned c
☐ electronically filed original filed on
☐ original filed in my office on
        Sarah A. Thornton
        Clerk, U.S. District Court
        District of Massachusetts

By:
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance

**Plaintiff**

CIVIL ACTION

NO. 04-10698 NMG

**V.**

  Bee Trucking, Inc.   Et al

**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, Everhart Transportation, Inc., to plead or otherwise defend as provided by Rule 55(a) of t Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  20th   day of  September, 2005   .

SARAH A. THORNTON
CLERK OF COURT

By:    /s/ Elizabeth E. Elefther
**Deputy Clerk**

**Notice mailed to:**
**Everhart Transportation, Inc.**
**624 Midway Road**
**Midway, TN 37809**

Default Notice.wpd - 3/7/2005

I hereby certify on          that the
foregoing document is true and correct o     of the
☐ electronic docket in the captioned cas
☐ electronically filed original filed on
☐ original filed in my office on
        Sarah A. Thornton
        Clerk, U.S. District Court
        District of Massachusetts

By:_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_National Grange Mutual Insurance_
               **Plaintiff**

                    **V.**

_Bee Trucking, Inc.   Et al_
               **Defendant**

**CIVIL ACTION**

**NO. 04-10698 NMG**

## NOTICE OF DEFAULT

**Upon application of the Plaintiff, _National Grange Mutual Insurance_**
**_Company_ for an order of Default for failure of the Defendant, _Payne, Inc.,_ to plea**
**or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil**
**Procedure, notice is hereby given that the Defendant has been defaulted this**
**_20th___ day of _September, 2005___ .**

                              **SARAH A. THORNTON**
                              **CLERK OF COURT**

               **By:   _/s/ Elizabeth E. Elefther_**
                              **Deputy Clerk**

**Notice mailed to:**
**Payne, Inc.**
**500 Hudgins Road**
**Fredericksburg, VA 22408**

**Default Notice.wpd - 3/7/2005)**

I hereby certify on            that the
foregoing document is true and correct            by of the
☐  electronic docket in the captioned (
☐  electronically filed original filed on_
☐  original filed in my office on_____
          Sarah A. Thornton
          Clerk, U.S. District Court
          District of Massachusetts
By:_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance            CIVIL ACTION
                **Plaintiff**
                                              NO. 04-10698 NMG
              **V.**


  Bee Trucking, Inc.   Et al
                **Defendant**


### NOTICE OF DEFAULT

    Upon application of the Plaintiff, National Grange Mutual Insurance
Company for an order of Default for failure of the Defendant, Laser Expedited
Transportation, Inc to plead or otherwise defend as provided by Rule 55(a) of the
Federal Rules of Civil Procedure, notice is hereby given that the Defendant has
been defaulted this  20th   day of  September, 2005   .

                               **SARAH A. THORNTON**
                               **CLERK OF COURT**


                **By:**   **/s/ Elizabeth E. Elefther**
                     **Deputy Clerk**

**Notice mailed to:**
**Laser Expedited Transportation, Inc**
**6661 Cochran Road Suite E**
**Solon, OH 44139**


Default Notice.wpd - 3/7/2005

I hereby certify on          that the
foregoing document is true and corre    :opy of the
☐ electronic docket in the captione      se
☐ electronically filed original filed on
☐ original filed in my office on _____

      Sarah A. Thornton
      Clerk, U.S. District Court
      District of Massachusetts

By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

___National Grange Mutual Insurance___
                **Plaintiff**

**V.**

___Bee Trucking, Inc.   Et al_____
                **Defendant**

**CIVIL ACTION**

**NO. 04-10698 NMG**

## NOTICE OF DEFAULT

       **Upon application of the Plaintiff,_National Grange Mutual Insurance**
**Company for an order of Default for failure of the Defendant, Quality Services,**
**LLC to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules**
**of Civil Procedure, notice is hereby given that the Defendant has been defaulted**
**this _20th___ day of _September, 2005___.**

                **SARAH A. THORNTON**
                **CLERK OF COURT**

           **By:**    **/s/ Elizabeth E. Elefther__**
                    **Deputy Clerk**

**Notice mailed to:**
**Qaulity Services, LLC**
**5420 Brown Avenue**
**St. Louis, Missouri 63120**

Default Notice.wpd - 3/7/2005

I hereby certify on          that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on_____
☐ original filed in my office on_____
       Sarah A. Thornton
       Clerk, U.S. District Court
       District of Massachusetts

By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__National Grange Mutual Insurance____
                **Plaintiff**

                                            **CIVIL ACTION**

                                            **NO._04-10698 NMG_**

            **V.**

__Bee Trucking, Inc.__ __Et al_____
                **Defendant**

## NOTICE OF DEFAULT

      **Upon application of the Plaintiff,__National Grange Mutual Insurance__**

**Company** for an order of Default for failure of the Defendant,__Equity__

__Transportation Company, Inc__ **to plead or otherwise defend as provided by Rule**

**55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the**

**Defendant has been defaulted this _20th___ day of _September, 2005___ .**

                        **SARAH A. THORNTON**
                        **CLERK OF COURT**

                **By:**    **/s/ Elizabeth E. Elefther__**
                        **Deputy Clerk**

**Notice mailed to:**
**Equity Transportation Company Inc**
**3685 Dykstra N.W.**
**Walker, MI 49544**

Default Notice.wpd - 3/7/2005

I hereby certify on      that the    **of the**
foregoing document is true and correct c
☐ electronic docket in the captioned ca
☐ electronically filed original filed on___
☐ original filed in my office on _____
      Sarah A. Thornton
      Clerk, U.S. District Court
      District of Massachusetts

By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance
                    **Plaintiff**

CIVIL ACTION

NO. 04-10698 NMG

**V.**

Bee Trucking, Inc.   Et al
                    **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, KEM Express, Inc. plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civ Procedure, notice is hereby given that the Defendant has been defaulted this 20th    day of  September, 2005    .

SARAH A. THORNTON
CLERK OF COURT

**By:**    /s/ Elizabeth E. Elefther
          **Deputy Clerk**

Notice mailed to:
KEM Express, Inc
284 Gibbs Road
Mooresville, NC 27118

Default Notice.wpd - 3/7/2005

I hereby certify on              that the
foregoing document is true and correct ( y of the
☐  electronic docket in the captioned ca
☐  electronically filed original filed on
☐  original filed in my office on
        Sarah A. Thornton
        Clerk, U.S. District Court
        District of Massachusetts
By:
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance
                    **Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

  Bee Trucking, Inc.   Et al
                    **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance

Company for an order of Default for failure of the Defendant, Mercury Cartage,

LLC to plead or otherwise defend as provided by Rule 55(a) of the Federal Rule

of Civil Procedure, notice is hereby given that the Defendant has been defaulte

this  20th   day of  September, 2005   .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:**   **/s/ Elizabeth E. Elefther**
             **Deputy Clerk**

**Notice mailed to:**
**Mercury Cartage, LLC**
**4 Irving Street**
**Peabody, MA 01960**

Default Notice.wpd - 3/7/2005

I hereby certify on                    that the
foregoing document is true and correct cop    the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on
         Sarah A. Thornton
         Clerk, U.S. District Court
         District of Massachusetts

By:
Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance  
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

  Bee Trucking, Inc.   Et al  
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, Amstan Logistics plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civ Procedure, notice is hereby given that the Defendant has been defaulted this 20th    day of  September, 2005    .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:**     /s/ Elizabeth E. Elefther  
**Deputy Clerk**

**Notice mailed to:**
**Amstan Logistics, Inc**
**1255 Corwin Avenue**
**Hamilton, OH 45015**

Default Notice.wpd - 3/7/2005

I hereby certify on            that t
foregoing document is true and cor    copy of the
☐  electronic docket in the caption    ase
☐  electronically filed original filed
☐  original filed in my office on ____
    Sarah A. Thornton
    Clerk, U.S. District Court
    District of Massachusetts
By:_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 National Grange Mutual Insurance
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

 Bee Trucking, Inc.   Et al
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, All Pro Freight Systems, Inc. to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  20th    day of  September, 2005    .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:    /s/ Elizabeth E. Elefther**
**Deputy Clerk**

**Notice mailed to:**
**All Pro Freight Systems, Inc**
**1200 Chester Industrial Parkway**
**Avon, OH 44011**

Default Notice.wpd - 3/7/2005

I hereby certify on ___ that the ___ of the foregoing document is true and correct co ___ in the captioned cas ___
☐ electronic docket ☐ electronically filed original filed on ___
☐ original filed in my office on ___
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By:___
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

  Bee Trucking, Inc.   Et al
**Defendant**

## NOTICE OF DEFAULT

**Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, Panther to plead o otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20th    day of  September, 2005    .**

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:    /s/ Elizabeth E. Elefther**
**Deputy Clerk**

**Notice mailed to:**
**Panther**
**8421 N.W. 70th Street**
**Miami, FL 33166**

Default Notice.wpd - 3/7/2005

I hereby certify on              that the
foregoing document is true and correct      y of the
☐ electronic docket in the captioned c
☐ electronically filed original filed on
☐ original filed in my office on
     Sarah A. Thornton
     Clerk, U.S. District Court
     District of Massachusetts

By:
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


__National Grange Mutual Insurance__
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**


__Bee Trucking, Inc.  Et al__
**Defendant**


## NOTICE OF DEFAULT


**Upon application of the Plaintiff,__National Grange Mutual Insurance**

**Company__ for an order of Default for failure of the Defendant,__NG Express, Inc, t__**

**plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civ**

**Procedure, notice is hereby given that the Defendant has been defaulted this**

**__20th__ day of __September, 2005__                    .**


**SARAH A. THORNTON**
**CLERK OF COURT**


**By:     __/s/ Elizabeth E. Elefther__**
**Deputy Clerk**


**Notice mailed to:**
**NG Express, Inc.**
**2400 E Oakton Street**
**Suite 211**
**Arlington Heights, IL 60005**

I hereby certify on                    that tl
foregoing document is true and con          copy of the
☐ electronic docket in the caption∈        ase
☐ electronically filed original filed c
☐ original filed in my office on____
          Sarah A. Thornton
          Clerk, U.S. District Court
          District of Massachusetts
By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance
                    **Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

  Bee Trucking, Inc.  Et al
                    **Defendant**

## NOTICE OF DEFAULT

      **Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, JNS Daniels Trucking, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  20th   day of  September, 2005**

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:    /s/ Elizabeth E. Elefther**
**Deputy Clerk**

**Notice mailed to:**
**JNS Daniels Trucking, Inc.**
**212 Central Avenue**
**South Brandon, MN 56315**

Default Notice.wpd - 3/7/2005

I hereby certify on               that th
foregoing document is true and corre    :opy of the
☐  electronic docket in the captione    se
☐  electronically filed original filed o    ————
☐  original filed in my office on _____    ————
    Sarah A. Thornton
    Clerk, U.S. District Court
    District of Massachusetts

By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__National Grange Mutual Insurance__
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

__Bee Trucking, Inc.  Et al__
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __National Grange Mutual Insurance__

__Company__ for an order of Default for failure of the Defendant, __Alliance Express__, 1

plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civ

Procedure, notice is hereby given that the Defendant has been defaulted this

__20th__ day of __September, 2005__                                  .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:**    __/s/ Elizabeth E. Elefther__
**Deputy Clerk**

**Notice mailed to:**
**Alliance Express, Inc.**
**570 Willow Road**
**Elmhurt, IL 60126**

Default Notice.wpd - 3/7/2005)

I hereby certify on                    that th
foregoing document is true and corr    copy of the
☐  electronic docket in the captione    use
☐  electronically filed original filed o
☐  original filed in my office on _____
        Sarah A. Thornton
        Clerk, U.S. District Court
        District of Massachusetts

By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__National Grange Mutual Insurance__
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

__Bee Trucking, Inc.   Et al__
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __National Grange Mutual Insurance__ __Company__ for an order of Default for failure of the Defendant, __Seven Oaks Capita__ __Corporation__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __20th__ day of __September, 2005__

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:** __/s/ Elizabeth E. Elefther__
**Deputy Clerk**

**Notice mailed to:**
**Seven Oaks Capitol Corporation**
**5745 Essen Lane**
**Suite 102**
**Baton Rouge, LA 70810**

I hereby certify on            that the
foregoing document is true and correct c      of the
☐  electronic docket in the captioned ca
☐  electronically filed original filed on
☐  original filed in my office on
              Sarah A. Thornton
              Clerk, U.S. District Court
              District of Massachusetts
By:
    -uty Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__National Grange Mutual Insurance__  
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

__Bee Trucking, Inc.   Et al__  
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __National Grange Mutual Insurance__ __Company__ for an order of Default for failure of the Defendant, __Mecca & Sons__ __Trucking Company__, to plead or otherwise defend as provided by Rule 55(a) of tl Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __20th__ day of __September, 2005__ .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:** __/s/ Elizabeth E. Elefther__  
**Deputy Clerk**

**Notice mailed to:**
**Mecca & Sons Trucking Company, Inc.**
**580 Luis Munoz Marin Boulevard**
**Jersey City, NJ 07310**

Default Notice.wpd - 3/7/2005

I hereby certify on          the       e  
foregoing document is true and c   ɔct copy of the  
☐ electronic docket in the capti    d case  
☐ electronically filed original file   ɔ_____  
☐ original filed in my office on _   _____  
    Sarah A. Thornton  
    Clerk, U.S. District Court  
    District of Massachusetts  

By:_____   
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  National Grange Mutual Insurance
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

  Bee Trucking, Inc.   Et al
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **National Grange Mutual Insurance**

**Company** for an order of Default for failure of the Defendant, **Sanger Trucking,** 1

plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civ

Procedure, notice is hereby given that the Defendant has been defaulted this

**20th** day of **September, 2005** .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:**    **/s/ Elizabeth E. Elefther**
**Deputy Clerk**

**Notice mailed to:**
**Sanger Trucking**
**20 Hamliin Road**
**Fredericksburg, PA 17026**

Default Notice.wpd - 3/7/2005

I hereby certify on            that the
foregoing document is true and corre    ɔpy of the
☐ electronic docket in the captioned    ɪe
☐ electronically filed original filed on
☐ original filed in my office on
        Sarah A. Thornton
        Clerk, U.S. District Court
        District of Massachusetts

By:
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance
                    **Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

Bee Trucking, Inc.   Et al
                    **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance
Company for an order of Default for failure of the Defendant, Hepler Tranport, to
plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civ
Procedure, notice is hereby given that the Defendant has been defaulted this
20th    day of  September, 2005    .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:**   **/s/ Elizabeth E. Elefther**
**Deputy Clerk**

**Notice mailed to:**
**Helper Tranport**
**997 Victory Church Road**
**Franklin, PA 16323**

Default Notice.wpd - 3/7/2005

I hereby certify on                    that the               copy of the
foregoing document is true and corre               se
☐  electronic docket in the captione
☐  electronically filed original filed o
☐  original filed in my office on ____
       Sarah A. Thornton
       Clerk, U.S. District Court
       District of Massachusetts

By:____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**National Grange Mutual Insurance**
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

**Bee Trucking, Inc.   Et al**
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, EJA Trucking, Inc. to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted tl 20th day of September, 2005 .

SARAH A. THORNTON
CLERK OF COURT

By:     /s/ Elizabeth E. Elefther
Deputy Clerk

Notice mailed to:
EJA Trucking, Inc
9341 Althea
St. Louis, MO 63123

Default Notice.wpd - 3/7/2005)

I hereby certify on           that the
foregoing document is true and corre   opy of the
☐ electronic docket in the captioned   se
☐ electronically filed original filed or   _____
☐ original filed in my office on _____   _____
        Sarah A. Thornton
        Clerk, U.S. District Court
        District of Massachusetts
By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


 National Grange Mutual Insurance  
                **Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

V.


 Bee Trucking, Inc.  Et al  
                **Defendant**


## NOTICE OF DEFAULT


Upon application of the Plaintiff, **National Grange Mutual Insurance**

**Company** for an order of Default for failure of the Defendant, **Taylor Truck Line,**

**Inc**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rule

of Civil Procedure, notice is hereby given that the Defendant has been defaulted

this  **20th**   day of  **September, 2005**                          .


                        **SARAH A. THORNTON**
                        **CLERK OF COURT**


                By:    **/s/ Elizabeth E. Elefther**
                        **Deputy Clerk**


**Notice mailed to:**
**Taylor Truck Line, Inc**
**31485 Northfield Boulevard**
**Northfield, MN 55057**


Default Notice.wpd - 3/7/2005)

I hereby certify on _____ that the
foregoing document is true and corre  ɔpy of the
☐  electronic docket in the captionec  ɹe
☐  electronically filed original filed or
☐  original filed in my office on _____
            Sarah A. Thornton
            Clerk, U.S. District Court
            District of Massachusetts

By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

Bee Trucking, Inc.   Et al
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance

Company for an order of Default for failure of the Defendant, Wright

Transportation, Inc , to plead or otherwise defend as provided by Rule 55(a) of 1

Federal Rules of Civil Procedure, notice is hereby given that the Defendant has

been defaulted this  20th   day of  September, 2005

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:**    **/s/ Elizabeth E. Elefther**
          **Deputy Clerk**

Notice mailed to:
Wright Transportation, Inc.
2300 Avenue I
Mobile, AL 36615

Default Notice.wpd - 3/7/2005

I hereby certify on                    that the
foregoing document is true and correct (    / of the
☐ electronic docket in the captioned ca
☐ electronically filed original filed on
☐ original filed in my office on
          Sarah A. Thornton
          Clerk, U.S. District Court
          District of Massachusetts

By:
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__National Grange Mutual Insurance____
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

__Bee Trucking, Inc._____
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Company for an order of Default for failure of the Defendant, Bee Trucking, Inc. to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted tl 20th day of September, 2005 .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:**    **/s/ Elizabeth E. Elefther**
**Deputy Clerk**

Notice mailed to:
**Bee Trucking Inc**
**9540 Ball Street**
**San Antonio, TX 78217**

I hereby certify on          that the
foregoing document is true and corre     opy of the
☐ electronic docket in the captionec      ʒe
☐ electronically filed original filed or
☐ original filed in my office on _____
          Sarah A. Thornton
          Clerk, U.S. District Court
          District of Massachusetts

By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance
**Plaintiff**

CIVIL ACTION

NO. 04-10698 NMG

V.

Bee Trucking, Inc.
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance

Company for an order of Default for failure of the Defendant, LL Transport Inc. ,

plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civ

Procedure, notice is hereby given that the Defendant has been defaulted this

20th  day of September, 2005                              .

SARAH A. THORNTON
CLERK OF COURT

By:     /s/ Elizabeth E. Elefther
        Deputy Clerk

Notice mailed to:
LL Transport, Inc
47 S. 34th Street
Richmond, IN 47374

Default Notice.wpd - 3/7/2005)

I hereby certify on              that the
foregoing document is true and correct    oy of the
☐ electronic docket in the captioned (   ▸
☐ electronically filed original filed on
☐ original filed in my office on
           Sarah A. Thornton
           Clerk, U.S. District Court
           District of Massachusetts

By:
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__National Grange Mutual Insurance__
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

__Bee Trucking, Inc.  Et al__
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff,__ National Grange Mutual Insurance__ __Company__ for an order of Default for failure of the Defendant,__ Miller Freightlines__ __LLC. ,__ to plead or otherwise defend as provided by Rule 55(a) of the Federal Rul of Civil Procedure, notice is hereby given that the Defendant has been defaulte this __20th__ day of __September, 2005__ .

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:**     __/s/ Elizabeth E. Elefther__
**Deputy Clerk**

**Notice mailed to:**
**Miller Freightlines, LLC**
**4990 570th Avenue**
**West Bend, IN 50597**

Default Notice.wpd - 3/7/2005

I hereby certify on                    that
foregoing document is true and co   t copy of the
☐ electronic docket in the caption   case
☐ electronically filed original filed
☐ original filed in my office on ___
            Sarah A. Thornton
            Clerk, U.S. District Court
            District of Massachusetts

By:_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>National Grange Mutual Insurance</u>
             **Plaintiff**

           **V.**

<u>Bee Trucking, Inc.   Et al</u>
             **Defendant**

**CIVIL ACTION**

**NO. 04-10698 NMG**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>National Grange Mutual Insurance</u>

<u>Company</u> for an order of Default for failure of the Defendant, <u>NorthLand Truckir</u>

<u>Inc.</u> , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rule

of Civil Procedure, notice is hereby given that the Defendant has been defaultee

this <u>20th</u> day of <u>September, 2005</u> .

              **SARAH A. THORNTON**
              **CLERK OF COURT**

**By:**   <u>**/s/ Elizabeth E. Elefther**</u>
        **Deputy Clerk**

**Notice mailed to:**
**Northland Trucking, Inc**
**1515 S. 22nd Avenue**
**Phoenix, AZ 85009**

Default Notice.wpd - 3/7/2005)

I hereby certify on _____ that
foregoing document is true and cc :t copy of the
   ☐ electronic docket in the captio   case
   ☐ electronically filed original filec
   ☐ original filed in my office on __
      Sarah A. Thornton
      Clerk, U.S. District Court
      District of Massachusetts

By:_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__National Grange Mutual Insurance__
**Plaintiff**

**CIVIL ACTION**

**NO. 04-10698 NMG**

**V.**

__Bee Trucking, Inc.  Et al__
**Defendant**

### NOTICE OF DEFAULT

**Upon application of the Plaintiff,__ National Grange Mutual Insurance__ Company for an order of Default for failure of the Defendant,__ Packard Transport Inc.__ , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rule of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __20th___ day of __September, 2005_____ .**

**SARAH A. THORNTON**
**CLERK OF COURT**

**By:**    __/s/ Elizabeth E. Elefther__
**Deputy Clerk**

**Notice mailed to:**
**Packard Transport, Inc.**
**24021 S. Municipal Drive**
**Channahon, IL 60410**

Default Notice.wpd - 3/7/2005

i hereby certify on                that the
foregoing document is true and correct     y of the
☐ electronic docket in the captioned ca
☐ electronically filed original filed on___
☐ original filed in my office on_____
            Sarah A. Thornton
            Clerk, U.S. District Court
            District of Massachusetts

By:_____
Deputy Clerk