UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Co.
             Plaintiff

V.

A & W Trux, Inc.
             Defendant

CIVIL ACTION

NO.  04-10698 NMG

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, A & W Trux Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005.

SARAH A. THORNTON
CLERK OF COURT

By: /s/ Elizabeth E. Elefther
Deputy Clerk

Notice mailed to:
319 South High Street
Cairo, Nebraska 68824

(Default Notice.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Co.
                Plaintiff

      V.

A & W Trux, Inc.
                Defendant

CIVIL ACTION

NO. 04-10698 NMG

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Cornhusker Motor Lines, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civi Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005.

                            SARAH A. THORNTON
                            CLERK OF COURT

                    By:   /s/ Elizabeth E. Elefther
                           Deputy Clerk

Notice mailed to:
10203 South 152nd Street
Omaha, Nebraska 68138

(Default Notice.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Co.
Plaintiff

v.

A & W Trux, Inc.
Defendant

CIVIL ACTION

NO. 04-10698 NMG

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Eagle Capitol Corporation, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005.

SARAH A. THORNTON
CLERK OF COURT

By: /s/ Elizabeth E. Elefther
Deputy Clerk

Notice mailed to:
P.O. Box 4215
Tupelo, Mississippi
38803

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Grange Mutual Insurance Co.<br>Plaintiff<br><br>V.<br><br>A & W Trux, Inc.<br>Defendant | CIVIL ACTION<br><br>NO. 04-10698 NMG |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Fleetmaster Express, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civi Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005                .

SARAH A. THORNTON
CLERK OF COURT


By:   /s/ Elizabeth E. Elefther
      Deputy Clerk

Notice mailed to:
P.O. Box 12527
Roanoke, VA 24026

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Co.
Plaintiff

V.

A & W Trux, Inc.
Defendant

CIVIL ACTION

NO. 04-10698 NMG

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Harchelroad Trucking Co., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005.

SARAH A. THORNTON
CLERK OF COURT

By: /s/ Elizabeth E. Elefther
Deputy Clerk

Notice mailed to:
P.O. Box 10510
Pittsburgh, PA 15235

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Co.
               Plaintiff

V.

A & W Trux, Inc.
               Defendant

CIVIL ACTION

NO. 04-10698 NMG

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Harry E. Hills & Associates In to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted th 20th day of September 2005                                      .

                                                         SARAH A. THORNTON
                                                         CLERK OF COURT


                                        By:   /s/ Elizabeth E. Elefther
                                                    Deputy Clerk

Notice mailed to:
P.O. Box 3435
Decatur, IL 62524

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>National Grange Mutual Insurance Co.</u><br>Plaintiff<br><br>V.<br><br><u>A & W Trux, Inc.</u><br>Defendant | CIVIL ACTION<br><br>NO. <u>04-10698 NMG</u> |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>National Grange Mutual Insurance Co.</u> for an order of Default for failure of the Defendant,<u> Hummer Trucking Corp </u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civi Procedure, notice is hereby given that the Defendant has been defaulted this <u>20</u> day of <u>September 2005                                                     </u>.

                              SARAH A. THORNTON
                              CLERK OF COURT


                By:   <u>/s/ Elizabeth E. Elefther </u>
                        Deputy Clerk

Notice mailed to:
1486 Highway 6 NW
Oxford, IA 52322

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Grange Mutual Insurance Co.<br>Plaintiff<br><br>V.<br><br>A & W Trux, Inc.<br>Defendant | CIVIL ACTION<br><br>NO. 04-10698 NMG |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Jet Transportation Services, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted th 20th day of September 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: /s/ Elizabeth E. Elefther
Deputy Clerk

Notice mailed to:
P.O. Box 186
San Isidro, TX 78588

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Co.
                Plaintiff

V.

A & W Trux, Inc.
                Defendant

CIVIL ACTION

NO.  04-10698 NMG

### NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Liberty Express, Inc , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005                                  .

                                SARAH A. THORNTON
                                CLERK OF COURT


                        By:     /s/ Elizabeth E. Elefther
                                Deputy Clerk

Notice mailed to:
P.O. Box 888
Granite Falls, NC 28630

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Grange Mutual Insurance Co.<br>Plaintiff<br><br>V.<br><br>A & W Trux, Inc.<br>Defendant | CIVIL ACTION<br><br>NO. 04-10698 NMG |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Longhorn Transportation Services, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20th day of September 2005                              .

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Elizabeth E. Elefther
Deputy Clerk

Notice mailed to:
PO Box 5486
Statesville, NC 28687

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Grange Mutual Insurance Co.<br>**Plaintiff**<br><br>V.<br><br>A & W Trux, Inc.<br>**Defendant** | CIVIL ACTION<br><br>NO. 04-10698 NMG |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, MC Freight, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005 .

                                                        SARAH A. THORNTON
                                                        CLERK OF COURT


                                        By:   /s/ Elizabeth E. Elefther
                                                    Deputy Clerk

Notice mailed to:
12739 carrollton Industrial Drive
Bridgeton, MO 63044

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>National Grange Mutual Insurance Co.</u><br>　　　　　　**Plaintiff**<br><br>　　　　V.<br><br><u>A & W Trux, Inc.　　　　　　　　</u><br>　　　　　　**Defendant** | CIVIL ACTION<br><br>NO. <u>04-10698 NMG</u> |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>National Grange Mutual Insurance Co.</u> for an order of Default for failure of the Defendant, <u>Mr. P Express Inc</u>, to plead o otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>20</u> day of <u>September 2005　　　　　　　　</u>.

　　　　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　By:　<u>/s/ Elizabeth E. Elefther</u>
　　　　　　　　　　　　　　　　　Deputy Clerk

Notice mailed to:
P.O. Box 1547
Jeffersonville, IN 47131

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Co.
        Plaintiff

V.

A & W Trux, Inc.
        Defendant

CIVIL ACTION

NO.  04-10698 NMG

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Patony Trucking Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005.

                              SARAH A. THORNTON
                              CLERK OF COURT


                        By:   /s/ Elizabeth E. Elefther
                              Deputy Clerk

Notice mailed to:
1411 Halstead Ave NW
Palm Bay, Fl 32907

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>National Grange Mutual Insurance Co.</u><br>**Plaintiff**<br><br>V.<br><br><u>A & W Trux, Inc.</u>  <u>      </u><br>**Defendant** | CIVIL ACTION<br><br>NO. <u>04-10698 NMG</u> |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>National Grange Mutual Insurance Co.</u> for an order of Default for failure of the Defendant,<u>Patony Trucking Inc. c/o Nationwide Transport Finance Co</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that th Defendant has been defaulted this <u>20th</u> day of <u>  September 2005  </u>.

                                              SARAH A. THORNTON
                                              CLERK OF COURT

                                By:    <u>/s/ Elizabeth E. Elefther</u>
                                         Deputy Clerk

Notice mailed to:
P.O. Box 81860
Las Vegas, NV 89180

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Grange Mutual Insurance Co. <br> Plaintiff <br><br> V. <br><br> A & W Trux, Inc. <br> Defendant | CIVIL ACTION <br><br> NO. 04-10698 NMG |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Patterson Freight Systems In, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted th 20th day of September 2005.

SARAH A. THORNTON
CLERK OF COURT

By: /s/ Elizabeth E. Elefther
Deputy Clerk

Notice mailed to:
P.O Box 3838
Plant City, Fl 33583

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Co.
             Plaintiff

        V.

A & W Trux, Inc.
             Defendant

CIVIL ACTION

NO. 04-10698 NMG

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Republic Express Inc, to plea or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005.

SARAH A. THORNTON
CLERK OF COURT

By:  /s/ Elizabeth E. Elefther
     Deputy Clerk

Notice mailed to:
1810 Crestview Drive Suite 6A
Hudson, WI 54016

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Co.
                Plaintiff

V.

A & W Trux, Inc.
                Defendant

CIVIL ACTION

NO.  04-10698 NMG

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Universal Am-Can Ltd , to plea or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005       .

                                                SARAH A. THORNTON
                                                CLERK OF COURT


                                        By:  /s/ Elizabeth E. Elefther
                                             Deputy Clerk

Notice mailed to:
PO Box 2007
Warren, MI 48090

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>National Grange Mutual Insurance Co.</u>           CIVIL ACTION
                **Plaintiff**
                                                  NO.  <u>04-10698 NMG</u>
        V.

<u>A & W Trux, Inc.</u>
                **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff,  <u>National Grange Mutual Insurance Co.</u> for an order of Default for failure of the Defendant, <u>UTS Transportation Services Inc</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>20th</u> day of <u>September 2005</u>.

                                                      SARAH A. THORNTON
                                                      CLERK OF COURT

                                          By:   <u>/s/ Elizabeth E. Elefther</u>
                                                   Deputy Clerk

Notice mailed to:
112 North Ewing Suite A
Grimes IN 50111

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

National Grange Mutual Insurance Co.
             Plaintiff

CIVIL ACTION

NO. 04-10698 NMG

V.

A & W Trux, Inc.
             Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, National Grange Mutual Insurance Co. for an order of Default for failure of the Defendant, Wright Transportation Inc , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civi Procedure, notice is hereby given that the Defendant has been defaulted this 20 day of September 2005          .

                                       SARAH A. THORNTON
                                       CLERK OF COURT


                            By:   /s/ Elizabeth E. Elefther
                                 Deputy Clerk

Notice mailed to:
2300 Avenue
mobile AL 36615

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Grange Mutual Insurance Co._<br>    Plaintiff<br><br>V.<br><br>A & W Trux, Inc._____<br>    Defendant | CIVIL ACTION<br><br>NO._04-10698 NMG_ |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, _National Grange Mutual Insurance Co._ for an order of Default for failure of the Defendant, Your Town Transport Inc_, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this _20t_ day of _September 2005_____ .

                                              SARAH A. THORNTON
                                              CLERK OF COURT

                                  By:    /s/ Elizabeth E. Elefther_
                                               Deputy Clerk

Notice mailed to:
PO Box 56
Elroy, WI 53929