Patony Trucking, Inc.
1411 Halstead Ave NW
Palm Bay, FL. 32907


September 27, 2005

United States District Court of Massachusetts
Office of The Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

Re: NATIONAL GRANGE MUTUAL INSURANCE COMPANY
        Plaintiff
  V.

  PATONY TRUCKING, INC.
        Defendant

CASE NUMBER 04-10698-WGY
CIVIL ACTION NO. <u>04-10698 NMG</u>


Subject:      <u>MOTION TO SET ASIDE THE NOTICE OF DEFAULT</u>


Dear Sir:

In reference to the above National Grange Mutual Insurance Company's civil matter number 04-10698-WGY.  I am asking the court for A Motion to Set Aside the Notice of Default against Patony Trucking, Inc. due to the following facts.  National Grange Mutual Insurance Company was notified by our factoring company Nationwide Transport Finance twice that the claim against the bond had been withdrawn. First, date of notification was on February 23, 2004 when National Grange Insurance Company had sent Nationwide Transport Finance a letter acknowledging that a claim against Traffic Logistics bond # S-21895 had been filed on October 3, 2003. At this time, Nationwide Transport Finance notified National Grange Mutual Insurance Company that the bill had been paid four months ago on October 9, 2003. Additionally, National Grange Mutual Insurance Company was sent a letter again on April 19, 2004 stating that the claim against the bond had been withdrawn. In addition, the plaintiff's attorney Eric H. Loeffler, Esq. had also been informed by Patony Trucking, Inc. that the claim against the National Grange Mutual Company's bond had been withdrawn and therefore, would not be part

of this legal matter, due to the fact, that the broker Traffic Logistics had indeed paid Patony Trucking, Inc, in full on October 9, 2003. On April 19, 2004 a certified package- return receipt requested had been sent to the plaintiff's attorney Eric H. Loeffler, Esq which included documents that Patony Trucking, Inc. had withdrawn its claim against the property brokers trust fund. Mr. Eric H. Loeffler received this certified package on April 24, 2004. At this time, Patony Trucking, Inc. considered this matter closed. Therefore, it was with great shock to be notified on September 26, 2005 that the United States District Court of Massachusetts had issued a Notice of Default against Patony Trucking, Inc.

Therefore, I am asking the court for a Motion to Set Aside the Notice of Default against Patony Trucking, Inc. Due to the fact, that National Grange Mutual Insurance Company was notified on February 23, 2004 well in advance of the court filing date of April 5, 2004 that Patony Trucking, Inc had been paid and the claim against the bond had been withdrawn. Because of this fact alone Patony Trucking, Inc. should never have been included in this complaint. Also, the plaintiff's attorney Eric H. Loeffler, Esq. was notified by Nationwide Transport Finance and Patony Trucking, Inc. that the claim against the bond had been withdrawn and that we had no further interest in this legal matter.

I, Patricia Dycus, of Patony Trucking, Inc. have never taken part in any court matters and did not know that I was to file the documents that I sent to the plaintiff's attorney below with the Clerk of Courts in Massachusetts. I was only informed of my mistake today.

Enclosed are the following documents supporting that both National Mutual Insurance Company and the plaintiff's attorney were both informed by Nationwide Transport Finance and Patony Trucking, Inc. had withdrawn the claim against the bond and had no further interest in this legal matter.

1. A copy of the correspondence from the National Grange Mutual Insurance Company's dated February 23, 2004 to Nationwide Transport Finance.

2. A copy of the correspondence from Nationwide Transport Finance on the letter from National Grange Insurance's Company dated February 23, 2004.

The following documents were sent to the plaintiff's attorney Eric H. Loeffler, Esq. on April 19, 2004 by Patony Trucking, Inc.

3. A copy of the letter sent to Eric. H. Loeffler, Esq from Patony Trucking, Inc dated April 19, 2004.

4. A copy of the check from Traffic Logistics, D.B.A. Act Broker Services, dated October 9, 2003.

5. A copy of the correspondence from National Grange Mutual Insurance Company's dated February 23, 2004.

6. A copy of the letter from Nationwide Transport Finance Company withdrawing its claim against the property brokers trust fund dated April 19, 2004.

7. A copy of the Certified Mail receipt from Eric H. Loeffler Esq. office dated April 24, 2004 showing that he received the documents listed above.

Respectfully,

*[signature: Patricia Dycus]*

Patricia Dycus
Patony Trucking, Inc.
1411 Halstead Ave NW
Palm Bay, FL. 32907
321-409-0756