UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Grange Mutual Insurance Co._<br>Plaintiff<br><br>V.<br><br>A & W Trux, Inc._____<br>Defendant | CIVIL ACTION<br><br>NO._04-10698 NMG_ |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, _National Grange Mutual Insurance Co._ for an order of Default for failure of the Defendant, Patony Trucking Inc._, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this _20th_ day of _September 2005_____ .

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Elizabeth E. Elefther_
      Deputy Clerk

Notice mailed to:
1411 Halstead Ave NW
Palm Bay, Fl 32907

**National Grange Mutual Insurance Company**



55 West Street
P. O. Box 2300
Keene, NH 03431-7000
(603) 352-4000

Monday, February 23, 2004

Nationwide Transport Finance
2650 Lake Sahara Dr., Suite 200
Las Vegas, NV 89117

RE:  Principal:   Traffic Logistics
     Bond No.:    S-218935
     Claimant:    Patony Trucking

Dear Gentlemen:

This will acknowledge receipt of your October 3, 2003 correspondence received by me notifying National Grange Mutual of a claim on the above-referenced bond. In the event you have not already done so, please provide me with back up documentation in support of your claim.

We are currently corresponding with our principal requesting that they respond directly to you outlining their position on this claim. Please allow thirty days from the date of this letter for our principal to respond.

Nothing in this letter acknowledging receipt of your notice of claim should be construed to waive or alter any of the rights of any of the parties involved.

Sincerely,

Eli Cinq-Mars
Bond Claims Attorney

ECM/spp

**National Grange Mutual Insurance Company**



55 West Street
P. O. Box 2300
Keene, NH 03431-7000
(603) 352-4000

Monday, February 23, 2004

Nationwide Transport Finance
2650 Lake Sahara Dr., Suite 200
Las Vegas, NV 89117

RE:  Principal:   Traffic Logistics
     Bond No.:    S-218935
     Claimant:    Patony Trucking

Dear Gentlemen:

This will acknowledge receipt of your October 3, 2003 correspondence received by me notifying National Grange Mutual of a claim on the above-referenced bond. In the event you have not already done so, please provide me with back up documentation in support of your claim.

We are currently corresponding with our principal requesting that they respond directly to you outlining their position on this claim. Please allow thirty days from the date of this letter for our principal to respond.

Nothing in this letter acknowledging receipt of your notice of claim should be construed to waive or alter any of the rights of any of the parties involved.

Sincerely,

Eli Cinq-Mars
Bond Claims Attorney

ECM/spp

*[Handwritten annotations: "A LITTLE LATE", "4 MONTHS LATER !!", "FAXED", "this has been paid", "JOAN"]*

PATONY TRUCKING, INC.
1411 Halstead Ave NW
Palm Bay, FL. 32907
PH (321) 409-0756
Fax (321) 409-0762

April 19, 2004

Certulo & Capone, LLP
Two Seaport Lane
Boston, MA. 02210

Re: National Grange Mutual Insurance Company
    No. 04-10698-WGY

Dear Sir:

In reference to the above National Grange Mutual Insurance Company's civil matter number 04-10698-WGY. Patony Trucking, Inc. employs a factoring company which buys our freight bills. The name of the factoring company is Nationwide Transport Finance. The contact person is Joan Dalton if there are any questions. Our factoring company brought the freight bill back in July 2003 and had filed a claim against the National Grange Mutual Insurance Company. However, on October 9, 2003 the broker Traffic Logistics, D.B.A. ACT BROKER SERVICES, sent a check for the payment of $1600.00 for the entire amount of the freight bill. Therefore, we Patony Trucking Inc. have no claim against National Grange Mutual Insurance Company.

Enclosed are the following documents:

1. A copy of the check from Traffic Logistics, D.B.A. Act Broker Services, dated October 9, 2003 for the freight bill.

2. A copy of the correspondence from National Grange Mutual Insurance Company's dated February 23, 2004.

3. A copy of the letter from Nationwide Transport Finance Company withdrawing its claim against the property brokers trust fund dated April 19, 2004.

Respectfully,

Patricia A Dycus
CEO

3

| | | 10981 |
|---|---|---|
| TRAFFIC LOGISTICS, INC<br>ACT BROKER SERVICES<br>WESTMINSTER PROFESSIONAL BUILDING<br>21 ARCADE ROAD SUITE 202<br>WESTMINSTER, MA 01473 | PLAQSUR<br>WORCESTER, MA<br>53-2616/13 | 10/9/03 |

PAY TO THE ORDER OF: Nationwide Transport Finance     $ **1,600.00

One Thousand Six Hundred and 00/100********************************************* DOLLARS

Nationwide Transport Finance
Patony Trucking, Inc.
PO Box 81866
Las Vegas, NV 89180

MEMO  Shipment #6631APC

⑆010981⑆ ⑈011302616⑈ 1⎯00⎯8561⎯5⑈

*AUTHORIZED SIGNATURE*

4

National
Grange
Mutual
Insurance
Company



55 West Street
P. O. Box 2300
Keene, NH 03431-7000
(603) 352-4000

Monday, February 23, 2004

Nationwide Transport Finance
2650 Lake Sahara Dr., Suite 200
Las Vegas, NV 89117

RE:    Principal:    Traffic Logistics
       Bond No.:    S-218935
       Claimant:    Patony Trucking

Dear Gentlemen:

This will acknowledge receipt of your October 3, 2003 correspondence received by me notifying National Grange Mutual of a claim on the above-referenced bond. In the event you have not already done so, please provide me with back up documentation in support of your claim.

We are currently corresponding with our principal requesting that they respond directly to you outlining their position on this claim. Please allow thirty days from the date of this letter for our principal to respond.

Nothing in this letter acknowledging receipt of your notice of claim should be construed to waive or alter any of the rights of any of the parties involved.

Sincerely,

Eli Cinq-Mars
Bond Claims Attorney

ECM/spp

5



# Nationwide Transport Finance

APRIL 19, 2004

National Grange Mutual Insurance Co.
55 West Street
P.O. Box 2300
Keene, NH 03431-7000

RE: Traffic Logistics
   2 Narrows Road
   Westminster, Ma 01473

In reference to the above broker Nationwide hereby withdraws its claim against the property brokers trust fund, for all freight bill's Nationwide had filed claims on against Traffic Logistics and no further action is required.

If you have any further questions please feel free to call Joan Dalton @ 800-624-3353.

Sincerely,

Joan Dalton

2650 Lake Sahara Dr., Suite 200 • Las Vegas, Nevada 89117 • Toll Free 1-800-624-3353 or 1-888-231-4453

6

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _P-Ahmet_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>P. Ahmetis                  4/26 |
| 1. Article Addressed to:<br>Cetrulo & Capone LLP<br>Two Seaport Lane<br>Boston, MA<br>02210 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. 7003 2260 0001 7029 3004 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |

7