# BRANDT, MILNES & REA

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1109 GRANT BUILDING
310 GRANT STREET
PITTSBURGH, PENNSYLVANIA 15219-2202

TELEPHONE
412-255-6500

FAX
412-255-6504

December 20, 2005

Sarah A. Thornton, Clerk of Court
United States District Court for
The District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Dear Ms. Thornton:

I represent Harchelroad Trucking Company of P.O. Box 10510, Pittsburgh, PA 15235. In the mail recently, the enclosed Notice of Default was received. Harchelroad Trucking Company has no idea what this lawsuit is about and what the alleged default was that prompted this Notice of Default. There is nothing in this Notice of Default to indicate the name of any of the attorneys in this matter so that I might contact them.

The purpose of this letter is to request that you forward me some pleading that would indicate the default alleged against Harchelroad Trucking Company so that I could advise my client the meaning of this Notice of Default. I would appreciate any help you could give me.

Very truly yours,

Henry E. Rea, Jr.

HER/vam
Enclosure

cc: Mr. Fred P. Harchelroad

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__National Grange Mutual Insurance Co.__
Plaintiff

V.

__A & W Trux, Inc.__
Defendant

CIVIL ACTION

NO. __04-10698 NMG__

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __National Grange Mutual Insurance Co.__ for an order of Default for failure of the Defendant,__ Harchelroad Trucking Co.__ , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __20th__ day of __September 2005__ .

SARAH A. THORNTON
CLERK OF COURT

By:   __/s/ Elizabeth E. Elefther__
Deputy Clerk

Notice mailed to:
P.O. Box 10510
Pittsburgh, PA 15235